# Defendant's Exhibit A

**The Oregon Clinic, Neurosurgery - West**
9155 SW Barnes Rd Suite 440, Portland, OR 97225
Phone: 5039358500  Fax: 5039358505

**The Oregon Clinic, Neurosurgery - West**
9155 SW Barnes Rd Suite 440, Portland, OR 97225
Phone: 5039358500  Fax: 5039358505

February 27, 2015

Denise M Subramaniam
13865 SW Walker Rd
Beaverton, OR        97005


I am writing to advise you the above named patient is currently under my care. Please take this into consideration due to the need for spinal surgery. Patient will need pre-surgery testing. Also post surgery she will have an extended post operative course of at least 90 days. Patient will then be reevaluated at that time.

Please call our office with any additional questions. Please be advised that any medical information needed will require the patient to sign a release of information.


Sincerely,

*[signature]*

Dr. Michael Sandquist