Denise Subramaniam
Self-represented
13865 SW Walker Rd
Beaverton OR 97005
503-764-5300

RECVD 2 MAR '15 15:33 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION <br> **Plaintiff,** <br> v. <br> **DENISE SUBRAMANIAM** <br> pro per <br> **Defendant** | Civil Case No. 3:14-cv-01836 <br><br> **ORDER GRANITNG 120 DAY** <br> **MEDICAL CONTINUANCE** <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT'S MOTION FOR MEDICAL CONTINUANCE**

THIS CAUSE was considered upon Motion for Continuance for medical reasons filed March 2, 2015. For reasons set forth by self-represented Defendant, this Court finds that the ends of justice served by granting of a continuance. Therefore, it is

ORDERED AND ADJUDGED that the Motion for Continuance is granted. The date for Defendant to respond to Plaintiff LNV's response to her response to Plaintiff's complaint will be set for a period not less than 120 days from tomorrow, March 3, 2015, and all other scheduled court dates will be similarly set to 120 days from the current scheduled dates.

DONE AND ORDERED at Portland, Oregon, on this _____ day of March 2015.

_____
Michael Mosman
United States District Judge