Washington County, Oregon **2008-073972**
08/27/2008 02:55:23 PM
D-MA          Cnt=1  Stn=9  C TOMPKINS
$10.00 $5.00 $11.00 - Total = $26.00

0128506120080073972020023

I, Richard Hobernicht, Director of Assessment and Taxation and Ex-Officio County Clerk for Washington County, Oregon, do hereby certify that the within instrument of writing was received and recorded in the book of records of said county.

Richard Hobernicht, Director of Assessment and Taxation, Ex-Officio County Clerk

Return Address:
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, TX 75024
BC 619600

Please print or type information **OREGON STATE RECORDER'S Cover Sheet**

| | |
|---|---|
| **1. DOCUMENT TITLE(s)** (or transactions contained therein): (all areas applicable to your document <u>must</u> be filled in) <br> ASSIGNMENT OF DEED OF TRUST | |
| **2. DIRECT PARTY/GRANTOR**, required by ORS 205.125(1)(b) and ORS 205.160 <br><br> Residential Funding Company, LLC <br> 8400 Normandale Lake Blvd., Suite 600 <br> Minneapolis, MN 55437-1073 | |
| **3. INDIRECT PARTY / GRANTEE(s)** required by ORS 205.125(1)(a) and ORS 205.160 <br><br> LNV Corporation <br> 7195 Dallas Parkway <br> Plano, TX 75024 | |
| **4. TRUE and ACTUAL CONSIDERATION** (if any), ORS 93.030) <br><br> Ten and No/100 Dollars ($10.00) | |
| **5. ALL TAX STATEMENTS SHALL BE SENT TO THE FOLLOWING ADDRESS:** <br><br> MGC Mortgage, Inc. <br> 7195 Dallas Parkway <br> Plano, TX 75024 | |
| **6. FULL OR PARTIAL SATISFACTION ORDER or WARRANT FILED IN THE COUNTY CLERKS LIEN RECORDS**, ORS 205.121(1)(E) | |
| **7. THE AMOUNT OF THE CIVIL PENALTY** or **THE AMOUNT, INCLUDING PENALTIES, INTEREST AND OTHER CHARGES FOR WHICH THE WARRANT, ORDER OR JUDGMENT WAS ISSUED.** ORS 205.125(1)© and ORS 18.325 | |

Exhibit 3
Page 1 of 2

## CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: ▮5983
Seller Loan Number: ▮7572



FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 2/10/2004
executed by DENISE SUBRAMANIAM

TO/FOR: People's Choice Home Loan, Inc a Wyoming Corporation.

and recorded in Book __N)A__ on Page __N)A__ as Instrument No. __2004-019937__ on __3/1/04__
of official Records in the County Recorder's Office of __Washington__ County, Oregon.

Property Address:   13865 SW WALKER ROAD   BEAVERTON, OR   97005
MORTGAGE AMOUNT:   $176,000.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

'Residential Funding Company, LLC fka Residential Funding Corporation'

BY: [signature]
NAME: Betty Wright
TITLE: Assistant Vice President

STATE OF                    Minnesota )
COUNTY OF                   Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Betty Wright, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was drafted by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423, (952) 979-4000.

[signature: Diane M Meistad]
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

After Recording Return to:
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, Texas 75024
BC419600

Exhibit 3
Page 2 of 2