```
June 05, 2015            "CERTIFIED FUNDS ONLY"                XQ611/KSK
      ********Our Offices Will Be Closed on Friday, July 3, 2015********

   **email**
                                        LOAN NUMBER:         ████1641
                                        LOAN TYPE:           Conventional
PAYOFF STATEMENT FOR:      PROPERTY ADDRESS:     13865 Swwalker Rd
Denise Subramaniam
                                                 Beaverton OR 97005
13865 SW Walker Rd
Beaverton OR 97005-1015
_____
These figures are good to June 15, 2015.
This loan is due for the April 01, 2007 payment.
The current total unpaid principal balance is:      $    171,450.72
Interest at 10.62500%                                    109,768.04
Escrow/Impound overdraft                                  40,211.75
Unpaid late charges                                        2,687.43
Recordg/Assignmt Fee *                                        46.00
Prop Inspection Fee                                          393.25
Misc Client Fee                                                 .00
Payoff Update Fee                                               .00
  - - - - TOTAL AMOUNT TO PAY LOAN IN FULL - - - -  $    324,557.19
Funds received on or after June 15, 2015 will require an additional
$ 32.83 in interest per Day.

FUNDS RECEIVED FOR PAYOFF MUST BE U.S. DOLLARS IN THE FORM OF CERTIFIED
FUNDS OR WIRE TRANSFER ONLY, PAYABLE TO MGC Mortgage, Inc

WIRES RECEIVED AFTER 3 P.M. CST WILL BE CREDITED ON THE NEXT BUSINESS
DAY AND WILL REQUIRE ADDITIONAL PER DIEM INTEREST.
```

**\*If the Property Address shown above is located in Nassau County, New York, the amount disclosed includes a $75.00 fee for the Verification of Tax Map document required by the Nassau County Clerk's Office to be submitted as part of the Mortgage Release/Satisfaction filing.**

Funds sent by wire to Bank of America, Chicago, IL, ABA Number 026009593, Account Number ████6790, Account Title: Payoff Clearing Account. The borrower(s) name and loan number must be referenced as part of the wire transfer package, otherwise, funds will be rejected. To confirm our receipt of your wire transfer and application of our Payoff, contact our Customer Service Department at: 1-877-471-7888 the day following your wire transfer.

PAYOFF CHECKS should be mailed to: MGC Mortgage, Inc
1 Corporate Drive, Suite 360, Lake Zurich, IL 60047, Attention:
Payoff Processing.

The payoff figures provided are subject to final verification by the note holder. The note holder reserves the right to adjust these figures and refuse or accept any funds which are insufficient to satisfy the full indebtedness for any reason.

Issuance of this statement does not suspend the contract requirement to make the mortgage payments when due. A late charge of $ 61.50 will be assessed 15 days after a current payment is due and should be added to the payoff total if received after that time.

If the funds received for payoff are not sufficient to satisfy the full indebtedness of the loan, the shortage will be taken from the escrow/impound account (if applicable). If funds are still not sufficient to satisfy the full indebtedness, the payoff funds will be returned. This delay will cost you (the borrower) additional interest, as interest continues to accrue on the indebtedness until the total amount required for payoff is received.

Unless your escrow balance is being credited to your payoff balance, scheduled tax and insurance disbursements will continue to be made from the escrow/impound account until the date MGC Mortgage, Inc receives payoff funds. Any escrow balance or overpayment will be mailed to the borrowers within 15 business days after the receipt and processing of the funds required to pay the loan in full.

If your (the borrower(s)) monthly payments are automatically deducted from a checking or savings account, a written cancellation request must be received by our Automatic Drafting Department thirty (30) days prior to the payoff date. Payments will continue to be automatically deducted until the written request is received and has been processed.

Provide any changes to the borrower(s) mailing address where the executed release/reconveyance documents should be sent.

XQ611/KSK    Loan Number:  ████1641

Exhibit 4
Page 1 of 1