## AFFIDAVIT OF MAILING NOTICE OF FORECLOSURE

STATE OF WASHINGTON, County of KING) ss:

I, the undersigned, being first duly sworn, depose and say and certify that:

At all times hereinafter mentioned, I was and now am a resident of the State of Washington, a competent person over the age of eighteen years and not the beneficiary or beneficiary's successor in interest named in the attached original Notice of Foreclosure given under the terms of that certain deed described in said notice.

I gave notice of the sale of the real property described in the attached Notice of Foreclosure as required by Section 20 of Chapter 19, Oregon Laws 2008 ("Bill") by mailing a copy thereof by both first class and certified mail with return receipt requested to each of the following named persons (or their legal representatives, where so indicated) at their respective last known address, to-wit:

See Attached Exhibit A

Said persons include (a) the grantor in the trust deed, (b) any successor in interest to the grantor whose interest appears of record or of whose interest the trustee or the beneficiary has actual notice and to the occupant residing in the Property.

Each of the notices so mailed was certified to be a true copy of the original Notice of Foreclosure, each such copy was contained in a sealed envelope, with postage thereon fully prepaid, and was deposited by me in the United States post office at Bellevue, Washington, on 5-24-12. With respect to each person listed above, one such notice was mailed with postage thereon sufficient for first class delivery to the address indicated, and another such notice was mailed with a proper form to request and obtain a return receipt and postage thereon in the amount sufficient to accomplish the same. Each of said notices was mailed after the notice of default and election to sell was recorded. The form of the notice complies with Sections 20 and 21 of the Bill and a copy is enclosed with this affidavit.

As used herein, the singular includes the plural, trustee includes successor trustee, and person includes corporation and any other legal or commercial entity.

_____ [signature]

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF KING       )

I certify that I know or have satisfactory evidence that Joshua Egts is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 5-24-2012

_____ [signature]
NOTARY PUBLIC in and for the State of
Washington, residing at King Co.
My commission expires 3-9-15

AFFIDAVIT OF MAILING NOTICE OF FORECLOSURE
RE: Trust Deed from
SUBRAMANIAM, DENISE
Grantor
to
Northwest Trustee Services, Inc.,
Trustee
File No. 7443.20256

After recording return to:
Northwest Trustee Services, Inc.
Attn: Claire Swazey
P.O. Box 997
Bellevue, WA 98009-0997

MYRTLE LOUISE WALVATNE
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
03-09-15

Exhibit 6
Page 1 of 4

**EXHIBIT A**

Denise Subramaniam
13865 SW WALKER RD
BEAVERTON, OR 97005

Denise Subramaniam
c/o Todd Trierweiler, Attny
4721 NE 102nd Ave
Portland, OR 97220

Occupants
13865 SW WALKER RD
BEAVERTON, OR 97005

Denise Subramaniam
c/o Rodolfo A. Camacho, Trustee
PO Box 13897
Portland, OR 97309

7443.20256
Claire Swazey

Exhibit 6
Page 2 of 4

# NOTICE:
# YOU ARE IN DANGER OF LOSING YOUR PROPERTY
# IF YOU DO NOT TAKE ACTION IMMEDIATELY

This notice is about your mortgage loan on your property at:
13865 SW WALKER RD
BEAVERTON, OR  97005

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called 'foreclosure.'

The amount you would have had to pay as of 05/16/2012 to bring your mortgage current was $104371.30.  The amount you must now pay to bring your loan current may have increased since that date.

By law, your lender has to provide you with details about the amount you owe, if you ask. You may call (866) 254-5790 to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe.
You may also get these details by sending a request by certified mail to:

Northwest Trustee Services, Inc.
PO Box 997
Bellevue, WA 98009-0997


**THIS IS WHEN AND WHERE YOUR PROPERTY
WILL BE SOLD IF YOU DO NOT TAKE ACTION:** 09/26/2012 at 10:00 AM <u>inside
the main lobby of the Washington County Courthouse, 145 N.E. 2nd Avenue, Hillsboro
OR</u>

Exhibit 6
Page 3 of 4

**THIS IS WHAT YOU CAN DO TO STOP THE SALE:**
1. You can pay the amount past due or correct any other default, up to five days before the sale.
2. You can refinance or otherwise pay off the loan in full anytime before the sale.
3. You can call (888) 395-3997 to find out if your lender is willing to give you more time or change the terms of your loan.
4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and phone number of an organization near you, please call the statewide phone contact number at **800-SAFENET (800-723-3638)**.

You may also wish to talk to a lawyer. If you need help finding a lawyer, you may call the Oregon State Bar's Lawyer Referral Service at **503-684-3763** or toll-free in Oregon at **800-452-7636** or you may visit its Web site at: **www.osbar.org**. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to **http://www.oregonlawhelp.org**.

**WARNING:** You may get offers from people who tell you they can help you keep your property. You should be careful about those offers. Make sure you understand any papers you are asked to sign. If you have questions, talk to a lawyer or one of the organizations mentioned above before signing.

Date: 05/16/2012


By Claire Swazey
Its Assistant Vice President
Trustee Telephone Number:  425-586-1900
7443.20256/SUBRAMANIAM, DENISE

Exhibit 6
Page 4 of 4