## AFFIDAVIT OF MAILING TRUSTEE'S NOTICE OF SALE

STATE OF WASHINGTON, County of KING) ss:

I, the undersigned, being first duly sworn, depose and say and certify that:

At all times hereinafter mentioned, I was and now am a resident of the State of Washington, a competent person over the age of eighteen years and not the beneficiary or beneficiary's successor in interest named in the attached original notice of sale given under the terms of that certain deed described in said notice.

I gave notice of the sale of the real property described in the attached notice of sale by mailing a copy thereof by both first class and certified mail with return receipt requested to each of the following named persons (or their legal representatives, where so indicated) at their respective last known address, to-wit:

See Attached Exhibit A

Said persons include (a) the grantor in the trust deed, (b) any successor in interest to the grantor whose interest appears of record or of whose interest the trustee or the beneficiary has actual notice, (c) any person, including the Department of Revenue or any other state agency, having a lien or interest subsequent to the trust deed if the lien or interest appears of record or the beneficiary has actual notice of the lien or interest, and (d) any person requesting notice, as required by ORS 86.785.

Each of the notices so mailed was certified to be a true copy of the original notice of sale, each such copy was contained in a sealed envelope, with postage thereon fully prepaid, and was deposited by me in the United States post office at Bellevue, Washington, on 5-24-12. With respect to each person listed above, one such notice was mailed with postage thereon sufficient for first class delivery to the address indicated, and another such notice was mailed with a proper form to request and obtain a return receipt and postage thereon in the amount sufficient to accomplish the same. Each of said notices was mailed after the notice of default and election to sell described in said notice of sale was recorded.

As used herein, the singular includes the plural, trustee includes successor trustee, and person includes corporation and any other legal or commercial entity.

_____

STATE OF WASHINGTON    )
                       ) ss.
COUNTY OF KING         )

I certify that I know or have satisfactory evidence that Joshua Egts is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 5-24-2012

_____
NOTARY PUBLIC in and for the State of
Washington, residing at King Co.
My commission expires 3-9-15

AFFIDAVIT OF MAILING TRUSTEE'S NOTICE OF SALE
RE: Trust Deed from
SUBRAMANIAM, DENISE
        Grantor
    to
Northwest Trustee Services, Inc.,
        Trustee          File No. 7443.20256

MYRTLE LOUISE WALVATNE
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
03-09-15

After recording return to:
Northwest Trustee Services, Inc.
Successor by merger to Northwest Trustee Services, PLLC
(formerly known as Northwest Trustee Services, LLC)
Attn: Claire Swazey
P.O. Box 997
Bellevue, WA 98009-0997

Exhibit 7
Page 1 of 3

# EXHIBIT A

Denise Subramaniam
13865 SW WALKER RD
BEAVERTON, OR 97005

Denise Subramaniam
c/o Todd Trierweiler, Attny
4721 NE 102nd Ave
Portland, OR 97220

Denise Subramaniam
c/o Rodolfo A. Camacho, Trustee
PO Box 13897
Portland, OR 97309

Occupants
13865 SW WALKER RD
BEAVERTON, OR 97005

7443.20256
Claire Swazey

Exhibit 7
Page 2 of 3

# May 16, 2012

## Notice

**Pursuant to the Federal Fair Debt Collection Practices Act: If you are the consumer who originally contracted the debt or if you assumed the debt, then you are notified that:**

1. As of the date of this notice, you owe $307,385.36. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check. For further information write or call:

    **Northwest Trustee Services, Inc.
    P.O. Box 997
    Bellevue, WA 98009-0997
    (425) 586-1900**

2. The creditor to whom the debt is owed is LNV Corporation/Dovenmuehle Mortgage, Inc..

3. Unless within 30 days after receipt of this notice you dispute the debt or any portion of it, we will assume the debt to be valid.

4. If you notify us within 30 days after receipt of this notice that you dispute the debt or any part of it, we shall obtain verification of the debt and mail it to you.

5. If you request within 30 days after receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

SUBRAMANIAM, DENISE/7443.20256

Exhibit 7
Page 3 of 3