# FEI, LLC
## Affidavit of Posting and Service

State of Oregon
County of Washington

Nicolas Ross, being sworn, says:

- That I am over 18 years of age, a resident of Oregon, and not a party to the proceeding referred to in the attached Notice of Trustee's Sale:

- That my business address is 621 SW Alder St, Suite 800, Portland, OR.

- That I posted a copy of the Notice of Trustee's Sale on the parcel of land described in the attached Notice of Trustee's Sale, commonly referred to as 13865 SW WALKER RD, BEAVERTON, OR 97005 in a conspicuous place on:

    o  1st Attempt: Friday, May 25, 2012 at 12:07 pm
    o  2nd Attempt: Tuesday, May 29, 2012 at 12:33 pm
    o  3rd Attempt: Friday, June 1, 2012 at 12:36 pm

Signed in Washington County, Oregon by:

Signature _____

Date  6-5-2012

State of Oregon
County of _Washington_

On this _5th_ day of _June_ in the year of _2012_, before me a Notary Public, Personally appeared _Nicolas Ross_, known or identified to me to be the person whose name is subscribed to the within instrument, and being by me first duly sworn, declared that the statements therein are true, and acknowledged to me that he/she executed the same.

Notary Public for Oregon: _____
Residing at: Portland
Commission expires: 5/22/2015



OFFICIAL SEAL
ANGELA DAWN RENERI
NOTARY PUBLIC-OREGON
COMMISSION NO. 458620
MY COMMISSION EXPIRES MAY 22, 2015



1002.217164
7443.20256

Northwest Trustee Services, Inc.

Exhibit 11
Page 1 of 1