**RECEIVED**

JAN 08 2014

DEPARTMENT OF JUSTICE
PORTLAND LEGAL

**After recording, return to:**

LNV Corporation
c/o MGC Mortgage, Inc.
Attn.: Jeremy Cobb
7195 Dallas Parkway
Plano, Texas 75024

## OREGON FORECLOSURE AVOIDANCE PROGRAM
## BENEFICIARY EXEMPTION AFFIDAVIT

| Lender/Beneficiary: | LNV Corporation |
|---|---|
| Jurisdiction* | Nevada |

*If Lender/Beneficiary is not a natural person, provide the state or other jurisdiction in which the Lender/Beneficiary is organized.

I, Grant A. Hamilton, Vice President, Operations and Compliance, MGC Mortgage, Inc. (printed name) being first duly sworn, depose, and state that:

This affidavit is submitted for a claim of exemption to the Office of the Attorney General of Oregon under Oregon Laws 2013, chapter 304, §2(1)(b).

1. The above named individual or entity commenced or caused an affiliate or agent of the individual or entity to commence the following number of actions to foreclose a residential trust deed by advertisement and sale under ORS 86.735 or by suit under ORS 88.010 during the calendar year preceding the date of this affidavit: 2 [not to exceed 175];

2. The undersigned further certifies that she/he: [check only one of the following boxes]
    [ ] is the individual claiming exemption from requirements established under Or Laws 2013, ch 304, or
    [✓] is the Authorized Loan Servicer [insert title] of the entity claiming exemption from requirements established under Or Laws 2013, ch 304, and is authorized by such entity to execute this affidavit on its behalf.

(Signature)

State of Texas )
                ) ss.
County of Collin )

Signed and sworn to (or affirmed) before me this 8th day of January, 2014
by Grant A. Hamilton, Vice President, Operations and Compliance, MGC Mortgage, Inc., authorized loan servicer for LNV Corporation

Notary Public for State of Texas
My commission expires: 12-8-2014

JACQUE LITTLEFIELD
My Commission Expires
December 8, 2014

Form 300 V7/5/13

Exhibit 12
Page 1 of 1