**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards**, OSB No. 114992
GRichards@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>DENISE SUBRAMANIAM,<br><br>               Defendant. | Case No. 3:14-cv-01836-MO<br><br>JOINT ALTERNATE DISPUTE RESOLUTION REPORT |

1- JOINT ALTERNATE DISPUTE RESOLUTION REPORT

79707-0017/LEGA

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Pursuant to Local Rule 16-4(c), counsel for plaintiff LNV Corporation ("LNV") conferred with defendant Denise Subramaniam ("Defendant") regarding the Joint Alternate Dispute Resolution Report.  Although the parties discussed settlement briefly, Defendant was not prepared to engage in substantive discussions pertaining to settlement or ADR prior to the deadline for filing this report.  Although LNV remains open to settlement discussions, counsel for LNV believes that further settlement discussions and ADR would not assist in resolution of this case, given Defendant's settlement position and litigation history.

DATED:  June 8, 2015      **PERKINS COIE LLP**

By: */s/ Gabrielle D. Richards*
    **Erick J. Haynie**, OSB No. 982482
    EHaynie@perkinscoie.com
    **Gabrielle D. Richards**, OSB No. 114992
    GRichards@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

2-    JOINT ALTERNATE DISPUTE RESOLUTION REPORT

79707-0017/LEGA

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## CERTIFICATE OF SERVICE

I certify that I will serve the foregoing **JOINT ALTERNATE DISPUTE RESOLUTION REPORT** on:

Denise Subramaniam
13865 SW Walker Rd.
Beaverton, OR  97005

Defendant

by depositing a copy in the U.S. Mail in a sealed postage-prepaid envelope with the United States Postal Service at Portland, Oregon on June 8, 2015.

DATED: June 8, 2015

*/s/ Gabrielle D. Richards*
Gabrielle D. Richards, OSB No. 114992
GRichards@perkinscoie.com

Attorneys for Plaintiff
LNV Corporation

PAGE  1-   CERTIFICATE OF SERVICE
79707-0017/LEGAL126

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222