Erick J. Haynie, OSB No. 982482
EHaynie@perkinscoie.com
Gabrielle D. Richards, OSB No. 114992
GRichards@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>DENISE SUBRAMANIAM,<br><br>     Defendant. | Case No. 14-cv-01836-MO<br><br>DECLARATION OF GABRIELLE D. RICHARDS IN SUPPORT OF PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINE |

  I, Gabrielle D. Richards, declare as follows:

  1. I am an attorney with Perkins Coie LLP ("Perkins Coie"), counsel for LNV Corporation ("LNV"), the plaintiff in the above-captioned action.

  2. I am over the age of 18 and have personal knowledge of the facts contained in this declaration, or I have gained knowledge of them from my review of the business records of Perkins Coie that are maintained in the ordinary course of business as they relate to this action.

1- DECLARATION OF GABRIELLE D. RICHARDS
 IN SUPPORT OF PLAINTIFF'S RESPONSE MEMORANDUM
 IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND
 DISCOVERY DEADLINE
LEGAL126565963.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

3.      Attached hereto as Exhibit A is a true and correct copy of a letter I sent to Defendant on January 21, 2015 containing a link to the Local Rules.

4.      Attached hereto as Exhibit B is a true and correct copy of my email correspondence with Defendant regarding extending the discovery deadline.  As this correspondence shows, Defendant contacted me on May 27, 2015 seeking to "extend the discovery deadlines to reflect what we would have had if the need for a medical stay had not occurred."  I responded less than three hours later, proposing July 13, 2015 as the new deadline for the completion of discovery, filing of dispositive motions and filing of the joint alternate dispute resolution report.  I did not receive a response from Defendant to my May 27, 2015 email.  Because we were nearing the June 8 deadlines, I sent a second email to Defendant on June 2, 2015.  I did not receive a response to this email, either.

5.      Having not heard from Defendant, and needing to move forward with filing my client's motion for summary judgment, I telephoned Defendant on June 5 in an attempt to confer regarding the summary judgment motion and the joint alternate dispute resolution report, both of which were due on June 8, 2015.  Defendant told me that her daughter had recently given birth and that she preferred to talk on June 8.  I agreed to call her the morning of June 8.

6.      I called Defendant on the morning of June 8 to confer regarding the motion for summary judgment and the joint alternate dispute resolution report.  When Defendant began discussing the "June 17" deadline extension, I told Defendant that, having received no response to repeated emails, my client was no longer able to stipulate to an extension and had no choice but to move forward with its summary judgment motion.  During our call, Defendant told me that a July deadline was insufficient.

7.      During our June 8 call, Defendant specifically referenced my client's proposed deadline extension but also represented that she had not received my emails regarding the proposed deadline extension.

2-  DECLARATION OF GABRIELLE D. RICHARDS
    IN SUPPORT OF PLAINTIFF'S RESPONSE MEMORANDUM
    IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND
    DISCOVERY DEADLINE

LEGAL126565963.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

8. Attached hereto as Exhibit C is a true and correct of email correspondence with the Court regarding the June 8 deadlines.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

Dated: June 19, 2015.

*/s/ Gabrielle D. Richards*  
Gabrielle D. Richards

3- DECLARATION OF GABRIELLE D. RICHARDS
IN SUPPORT OF PLAINTIFF'S RESPONSE MEMORANDUM
IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND
DISCOVERY DEADLINE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

LEGAL126565963.1

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DECLARATION OF GABRIELLE D. RICHARDS** on

Denise Subramaniam
13865 SW Walker Rd.
Beaverton, OR  97005

*Defendant*

by depositing a copy in the U.S. Mail in a sealed postage-prepaid envelope and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED:  June 19, 2015

/s/ Gabrielle D. Richards
Gabrielle D. Richards, OSB No. 114992
GRichards@perkinscoie.com

Attorneys for Plaintiff
LNV Corporation

PAGE   1-    CERTIFICATE OF SERVICE

LEGAL126565963.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222