## PERKINSCOIe

1120 NW Couch Street
10th Floor
Portland, OR 97209-4128

O +1 503 727 2000
F +1 503 727 2222
perkinscoie.com

January 21, 2015

Gabrielle D. Richards
GRichards@perkinscoie.com
D  (503) 727-2255
F  (503) 346-2255

**VIA E-MAIL AND FIRST-CLASS U.S. MAIL**

Denise Subramaniam
13865 SW Walker Road
Beaverton, OR 97005

Re:  *LNV Corporation v. Subramaniam*
     U.S. District Court Case No. 14-cv-01836-MO

Dear Ms. Subramaniam:

As a reminder, your new deadline to answer the Complaint in the above-referenced case is **Monday, January 26**, pending the Court's entry of an order approving this extension. I strongly recommend that you sign up for electronic filing through the Court.

Also, as we discussed previously, I will be contacting you within the next several days to discuss a discovery plan. This conference is required by Local Rule 26-1. The Local Rules are available on the Court's Web site, http://www.ord.uscourts.gov/.

Very truly yours,

Gabrielle D. Richards

cc:   *(via e-mail only)*
      Erick J. Haynie, Esq., Perkins Coie, LLP
      Gary F. Eisenberg, Esq., Perkins Coie, LLP