Erick J. Haynie, OSB No. 982482
EHaynie@perkinscoie.com
Gabrielle D. Richards, OSB No. 114992
GRichards@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>DENISE SUBRAMANIAM,<br><br>            Defendant. | Case No. 3:14-cv-01836-MO<br><br>PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S NOTICE OF RELATED CASES |

Plaintiff LNV Corporation ("LNV") hereby responds to the "Notice of Related Cases" filed by defendant Denise Subramaniam ("Defendant"). For the reasons set forth below, LNV respectfully requests that the Court (1) strike Defendant's "Notice of Related Cases" or, if treated as a motion, that it be denied and (2) deny Defendant's motion to consolidate, to the extent that such a motion has been pleaded within Defendant's "Notice of Related Cases."

//

//

1- PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S NOTICE OF RELATED CASES

LEGAL126633709.2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

## DISCUSSION

Defendant's latest conspiracy-oriented pleading attempts to provide the Court with notice of several "directly related" cases from this and other jurisdictions and seeks consolidation of these "related cases" for the limited purpose of compelling LNV to produce original notes. Defendant cites a myriad of procedural rules and statutes in support of her pleading — chiefly "RCFC 42.1," "18 U.S. Code § 3663A" and "Federal Rule 40.2(a)(1)" — but these authorities are inapplicable to this case. In the end, Defendant's pleading is nothing more than an illogical recitation of empty allegations intended to promote a theory that has no basis in law or fact.

### A.    Defendant Has Failed to Articulate a Procedural Basis for Her "Notice"

Defendant purports to file her "Notice of Related Cases" pursuant to "Federal Rule 40.2(a)(1)," yet there is no such rule in the Federal Rules of Civil Procedure, which govern this case. LNV assumes that Defendant is referring to Rule 40.2(a)(1) (related cases) of the Rules of the U.S. Court of Federal Claims, which only govern procedure in that tribunal.[1] Defendant thus has not articulated a procedural basis for her "Notice of Related Cases." For this reason, the "Notice of Related Cases" should be stricken or, if treated as a motion, it should be denied.

### B.    Defendant Has Failed to Articulate a Procedural Basis for "Consolidation"

Similarly, Defendant seeks to consolidate the "related cases" pursuant to "RCFC 42.1." Here again, there is no such rule in the Federal Rules of Civil Procedure. The Rules of the U.S. Court of Federal Claims include a Rule 42.1 (motions to consolidate) but, as discussed above, those rules are inapplicable in this Court.[2] Defendant also appears to seek consolidation and/or restitution pursuant to 18 U.S. Code § 3663A, which deals with restitution to victims in criminal

---

[1] RCFC 40.2 has no counterpart in the Federal Rules of Civil Procedure.

[2] RCFC 42.1 has no counterpart in the Federal Rules of Civil Procedure.

2-  PLAINTIFF'S RESPONSE MEMORANDUM
    IN OPPOSITION TO DEFENDANT'S NOTICE
    OF RELATED CASES

LEGAL126633709.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

cases. This case, however, is a civil action and 18 U.S. Code § 3663A is inapplicable. Because Defendant has not articulated a procedural basis for consolidation, her motion should be denied.[3]

## IV.  CONCLUSION

LNV requests that the Court (1) strike Defendant's "Notice of Related Cases" or, if treated as a motion, that it be denied and (2) deny Defendant's motion to consolidate, to the extent that such a motion has been pleaded within Defendant's "Notice of Related Cases."

DATED:  June 23, 2015                           **PERKINS COIE LLP**

By:*/s/ Gabrielle D. Richards*
  Gabrielle D. Richards, OSB No. 114992
  GRichards@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

---

[3] FRCP 42, which governs consolidations generally, applies to multiple actions before one court. However, the "related cases" of which Defendant purports to give notice are not actions pending before this Court and Defendant has not articulated, let alone established, any basis to consolidate the present action with the "related cases." It is also worth noting that one of the "related cases," *Subramaniam v. Beal*, No. 3:12-cv-1681-MO, is one where this Court has dismissed with prejudice all of Defendant's claims as to all defendants.

3- PLAINTIFF'S RESPONSE MEMORANDUM
   IN OPPOSITION TO DEFENDANT'S NOTICE
   OF RELATED CASES

LEGAL126633709.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

# CERTIFICATE OF SERVICE

I certify that I served the foregoing **PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S NOTICE OF RELATED CASES** on:

Denise Subramaniam
13865 SW Walker Rd.
Beaverton, OR  97005

*Defendant*

by depositing a copy in the U.S. Mail in a sealed postage-prepaid envelope and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED: June 23, 2015

/s/ Gabrielle D. Richards
Gabrielle D. Richards, OSB No. 114992
GRichards@perkinscoie.com

Attorneys for Plaintiff
LNV Corporation

PAGE   1-   CERTIFICATE OF SERVICE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

LEGAL126633709.2