FILED 29 JUN '15 15:23 USDC-ORP

Denise Subramaniam
Self-represented
13865 SW Walker Rd
Beaverton OR 97005
503-764-5300

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **LNV CORPORATION** | **Civil Case No. 3:14-cv-01836** |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S NOTICE OF** |
| **DENISE SUBRAMANIAM** | **CONSTITUTIONAL QUESTIONS** |
| **pro per** | |
| **Defendant** | |

## DEFENDANT'S NOTICE OF CONSTITUTIONAL QUESTIONS

1
2       Here comes Defendant Denise Subramaniam, representing herself, and incorporates

3 herein all her prior pleadings in these two noticed related cases *Subramaniam v. Beal et al*, Case

4 No. 3:12-cv-01681-MO and *Subramaniam v. Beal* Case No: 3:2014cv01482 and all her

5 pleadings in the present case; she also incorporates herein the Notice of Constitutional Questions

6 filed by the other pro-se litigants opposing LNV Corporation ("LNV") in the noticed related

7 cases; and Pursuant to Federal Rules 28 U.S.C. § 2403 and 5.1(a)(1) she hereby makes notice of

8 the following constitution questions:

9       Defendant challenges the constitutionality Title 18 U.S.C. § 4 which states:

10       "Whoever, having knowledge of the actual commission of a felony cognizable by a
11       court of the United States, conceals and does not as soon as possible make known the
12       same to some judge or other person in civil or military authority under the United
13       States, shall be fined under this title or imprisoned not more than three years, or both."

14    In other noticed related cases specifically in *LNV Corporation v. Gebhardt, Case No.*

15    *3:12-CV-468-TAV-HBG* and *LNV v. Breitlings; Case No. DC-14-04053* in the Dallas Civil

16    District Court of Texas and *Breitlings v. LNV; Case No. 314-cv-03322* the MGC/LNV/Beal

17    victims as pro-se litigants opposing LNV in foreclosure related cases filed motions for judicial

18    notice of the criminal indictment and conviction of Lorraine Brown by the United States for

19    "Conspiracy to Commit Mail and Wire Fraud". *United States of America v. Lorraine Brown,*

20    *Case No. 3:12-cr-198-J-25 MCR, (M.D. Fla.)* In each case these pro-se litigants in the noticed

21    related cases attached to their motions the necessary information to be noticed. Their motions

22    were pursuant to Federal Rule 201(c)(2) which states:

23    "The court **must** take judicial notice if a party requests it and the court is supplied
24    with the necessary information."
25

26    In each of these cases the presiding judge either ignored or denied these motions for

27    judicial notice of adjudicative fac. The statue seems clear in its language that judges do not

28    have discretion but **MUST** take judicial notice of such adjudicative fact; THEREFORE these

29    judges appear to have abused their discretion in these cases. In noticed related case for debtors

30    Christopher and Marcia Swift *In the United States Bankruptcy Court for the Northern District*

31    *of Illinios, Eastern Division; Case No. 12-35690*; presiding judge Donald R. Cassling told the

32    Swifts at a pre-trial hearing on April 28, 2015:

33    "THE COURT: No, I do not want to take judicial notice of those cases."
34

35    (See Exhibit A attached hereto which is page 100 of 163 pages of the transcript for this hearing –

36    for brevity only this page and the cover page of the transcript is provided but the entire transcript

37    is available for inspection by the court if requested.)

38      In *LNV Corporation v. Gebhardt, Case No. 3:12-CV-468-TAV-HBG*, U.S. District Court

39   Eastern District of Tennessee at Knoxville, Judge Thomas A. Varlan appears to have violated

40   this federal rule by denying Appellant's motion for judicial notice of adjudicative fact.

41   Defendant, Gebhardt, the Breitlings, Rhonda Hardwick, the Swifts, Tuli Molina, Kelly Randle,

42   Cammy Depew, Rebekah Gentry-Youngblood, David Gates, Robynne A. Fauley and dozens of

43   other Beal victims too fearful of Beal's retaliation to be publically named herein are also victims

44   of the crimes of Lorraine Brown and her co-conspirators.

45      Daniel Andrew "Andy" Beal, owner of Plaintiff LNV, his attorneys, his employees and

46   his agents and their employees commit the same crimes for which Lorraine Brown was convicted

47   and incarcerated. In the court cases of many of the aforementioned Beal victims and in the

48   noticed related cases motions for judicial notice of the adjudicative facts in the criminal

49   indictment and conviction of Lorraine Brown for conspiracy to commit mail and wire fraud were

50   filed pursuant to 18 U.S. Code § 371 and which are relevant to facts specific to standing where

51   LNV is attempting to deprive or has already unconstitutionally deprived Defendant and the other

52   pro-se litigants opposing LNV in the noticed related cases of their property; and in many these

53   cases the judges whether state or federal abused judicial discretion and ignored or denied these

54   motions for judicial notice of the criminal conviction of Lorraine Brown. Such abuse of judicial

55   discretion may cause, or has caused, a deprivation of these pro-se litigant's constitutional rights

56   to due process and equal protection of law under the fifth and fourteenth amendments to the

57   United States Constitution.

58      Adjudicative facts in the criminal conviction of Lorraine Brown include:

59         a.  Lorraine Brown had co-conspirators.

60         b.  Lorraine Brown's co-conspirators have not yet been prosecuted for their crimes.

c. Lorraine Brown committed her crimes through Lender Processing Services, ("LPS")

d. At the direction of Brown and other co-conspirators employees of LPS began forging and falsifying signatures of mortgage-related documents and filed them with property recorders offices across the country.

e. Lorraine Brown's co-conspirators used other unauthorized employees to sign mortgage-related documents on their behalf knowing that the documents would be notarized as if the co-conspirator has signed the document, when he/she had not.

f. Between 2003 and 2009 it is estimated that over 1 million fraudulently signed and notarized mortgage-related documents were produced through the crimes of Lorraine Brown and her co-conspirators and filed with property recorders' offices across the country.

Adjudicative facts from the Lorraine Brown criminal conviction are relevant to the

present case and to litigation between LNV (and other business entities controlled by D. Andrew

Beal) and the other pro-se litigants in the noticed related cases and many other "Beal victims" for

the following reasons:

a. LNV and MGC (both owned and controlled by Andy Beal) and their agents (LPS Service Providers Nortwest Trustee Services, RCO Legal, Codilis & Stawairski, Dovenmuhlhe and others) have forged and falsified mortgage-related documents and filed them with property recorders' offices across the country; and/or have knowingly used such forged documents in foreclosure cases with intent to deceive courts.

b. Defendant in the present case, and the other Beal victims claim that their mortgage related records are the products of the crimes of Lorraine Brown and her co-conspirators; and have provided the courts with evidence to substantiate their claims.

c. The courts continue to accept these forged and falsified mortgage-related documents as genuine (ignoring adjudicative fact to the contrary) and routinely grant summary judgments or dismissals in favor of LNV and parties like it.

d. The United States Attorney General has determined that parties who forge and falsify mortgage-related documents and file them with property recorders' offices across the country are guilty of the federal criminal offence of mail and wire fraud. (Lorraine Brown was convicted by the United States.)

e. The United States has already proven the criminal conspiracy exists.

f. The United States has already proven Lorraine Brown had co-conspirators; and since those co-conspirators haven't yet been indicted or convicted it stands to reason they may still be committing crimes consistent with her criminal conspiracy.

99         g.  Defendant in the present case, and the other Beal victims claim that Daniel
100           Andrew "Andy" Beal is one of Lorraine Brown's co-conspirators and that he
101           knowingly uses the products of Brown's crimes stored in the LPS Desktop
102           computer software with intent to deceive courts and thereby wrongfully deprive
103           Defendant and others of their property. Beal's employee, Bret Maloney, admitted
104           in a deposition the Beal enterprise entities and their agents use the LPS Desktop.

105         h.  A Beal employee, Jim Chambless, admitted in an email to he sent to WFAA
106           investigative reporter, Brett Shipp, to fabricating mortgage-related documents to
107           "cure" a break in the chain of title to Breitlings' property. This email was
108           forwarded to the Breitlings for their comment.

109

110        In each of the noticed related cases the pro-se litigants opposing LNV detailed how deed

111  assignments, affidavits, purported allonges to their Notes and even the Notes themselves had

112  been robo-signed, forged and falsified in a manner consistent with the crimes of Lorraine Brown,

113  and how LNV and it owner, D. Andrew Beal, knew these deed assignments, purported allonges

114  to their Notes and even the Notes themselves had been forged and falsified; and he admitted to

115  investigative reporter Brett Shipp through his employee Jim Chambless, Senior Marketing

116  Communications Specialist at Beal Bank, that he not only uses such falsely fabricated documents

117  but that he creates them to cure breaks in the chain of title and he alleges it is legal to do this.

118        No matter what LNV and its owner, Daniel Andrew "Andy" Beal, claim publically the

119  evidence shows he knows foreclosing on properties using robo-signed, forged and falsified

120  mortgage related documents such as deed assignments, affidavits, purported allonges to Notes

121  and forged Notes is a crime.  He knows this because in a letter dated October 4, 2010 sent by the

122  Texas Attorney General to MGC Mortgage Inc. ("MGC") also owned by Daniel Andrew "Andy"

123  Beal.  (See Exhibit B attached hereto.) In this letter the Texas Attorney General makes it clear to

124  MGC that foreclosing using "robosigned" (i.e. forged documents with false signatures and false

125  statements pertaining to the grantor/grantee or assignor/assignee). mortgage related documents

126  was a violation of a host of Texas civil statutes and Texas penal code.  Attorney Peter G.

127    Weinstock of Hunton & Williams LLP in a letter dated October 31, 2010 stated: "MGC does not

128    use 'robosigners' in its foreclosure process." (See Page 2, number 1 of this letter in Defendant's

129    Exhibit B.) If this is/was true then why do we now have so many LNV/MGC/LPP/Beal victims

130    claiming otherwise and showing evidence to courts that indicates otherwise? In the same

131    paragraph of his letter, Weinstock also states: "MGC has reached out to virtually all the law

132    firms it employs for such purposes. The vast majority have responded. They have indicated that

133    they also do not use such practices either."

134    If this is/was true then why has Defendant, the Breitlings, the Swifts, Gebhardt and the

135    other Beal victims in the noticed related cases shown to their respective courts evidence that

136    mortgage related documents submitted to these courts by Beal's LNV or LPP Mortgage Ltd.

137    ("LPP") or MGC and/or by Beal's LPS agent Dovenmuehle Mortgage Inc. ("DMI") and/or

138    Beal's LPS affiliated attorneys are indeed "robosigned" and/or falsified and otherwise forged?

139    Defendant's prior related case, *Subramaniam v. Beal et al*, Case No. 3:12-cv-01681-MO,

140    resulted from a non-judicial foreclosure action brought against her with a trustee sale of her

141    property scheduled in September 2012 by Defendant LNV, its LPS affiliated attorney RCO

142    Legal PS fka Routh Crabtree Olsen PS ("RCO") and its "trustee" counterpart LPS affiliated

143    Northwest Trustee Services ("NWTS"). (Note both RCO and NWTS are owned by attorney

144    Stephen Routh, who like Beal knows he is using robosigned and forged documents in

145    foreclosures.)

146    LPS affiliated RCO and NWTS were hired by LNV/Beal in the noticed related cases *LNV*

147    *v. Fauley; Case No. CV15040532* and *Fauley v. Washington Mutual et al (LNV), Case No. 3:13-*

148    *cv-00581-AC*. RCO attorney John Thomas personally showed Defendant and Beal victim

149  Robynne A. Fauley what he purported was the "original" Fauley Note which Defendant and Ms.

150  Fauley determined by their observation of certain characteristics on the document that is was not

151  the "original" Note but a forgery. Other Beal victims have observed similar characteristics on

152  alleged "original" Notes shown to them by LNV, attorneys hired by Beal/LNV, and/or other Beal

153  employees. Whether or not these purported "original" Notes are forgeries is not only material as

154  to whether or not LNV has standing to foreclose, but is material as to whether or not the owner

155  of LNV, Daniel Andrew Beal, and the attorneys he hires and the owners and employees of DMI

156  are committing first degree felony crimes of forgery of financial instruments with intent to

157  defraud for personal gain.

158  On page 2, number 2 of attorney Weinstock's letter he states: "DMI advised MGC that

159  DMI does not conduct foreclosures with affidavits with such characteristics." (The

160  characteristics referred to are those characteristics consistent with "robosigning" as specified in

161  the Texas Attorney General's October 4, 2010 letter to MGC which are also the characteristics

162  defined by the United States in the criminal conviction of Lorraine Brown as being the products

163  of her crimes.) If this is/was true then why have the Beal victims in the noticed related cases

164  articulated instances where DMI (and MGC/LNV/Beal) have in fact submitted affidavits

165  produced by robosigners? In the Breitling case LNV submitted to the court an affidavit of

166  Edward J. Bagdon to support its motion for summary judgment in *LNV v. Breitlings;* Case No.

167  DC-14-0405. The Beal victims collectively researched Edward J. Bagdon and located more than

168  100 mortgage related documents signed by him. A comparison of 57 of these signatures show a

169  high probability that at least five different individuals made these signatures. Additionally

170  Edward J. Bagdon signed these documents as a top executive officer of numerous different

171  financial institutions when he was in fact not employed by any of them, but was an employee of

172    DMI. (Interestingly in his affidavit submitted to the court by the LPS affiliated law firm, Codilis
173    & Stawiarski, in the Breitling case he fails to identify any employer.) This behavior by Edward
174    J. Bagdon is consistent with the manner and means used by Lorraine Brown in the commission
175    of her crimes where the United States claimed and the judges of the U.S. District Court for the
176    Middle District of Florida determined Brown and her co-conspirators allowed other individuals
177    to mimic their signatures and sign mortgage related documents without the requisite authority to
178    do so. This collection of signatures consistent with "robosigning" purportedly made by Edward
179    J. Bagdon, an employee of DMI, also disputes Beal/MGC attorney Weinstock's statement on
180    page 2, number 2 of his letter: "DMI advised MGC that DMI does not conduct foreclosures with
181    affidavits with such characteristics."

182    Edward J. Bagdon's affidavit in the Breitlings' case is dated June 17, 2014. (See *LNV v.*
183    *Breitlings; Case No. DC-14-0405.*) This affidavit is included in Defendant's Exhibit C attached
184    hereto. This exhibit also includes a comparison of the 57 Edward J. Bagdon signatures on
185    mortgage related documents made between 1993 and 2014. The Breitlings had included this
186    comparison in their own exhibits to show Edward J. Bagdon is in fact a "robosigner" whose
187    activities are consistent with the activities identified as being criminal in the October 4, 2010
188    letter sent to MGC by the Texas Attorney General's office; and by the United States as being an
189    act of conspiracy in a scheme and artifice to defraud in its criminal conviction of Lorraine
190    Brown.

191    Lorraine Brown was incarcerated for her crimes in June 2012. So this Edward J. Bagdon
192    affidavit produced in June 2014 along with the magically appearing Jason J. Vecchio and Dana
193    Lantry endorsed allonges produced and submitted to this court in November 2014 by
194    LNV/Beal's Perkins Coie attorneys in the present case and the noticed related Fauley case could

195    only have been produced by Brown's co-conspirators. (The United States identified unknown
196    co-conspirators in their conviction of Brown.)

197    Daniel Andrew "Andy" Beal stands to gain the most personally from the use of this
198    Edward J. Bagdon "robosigned" affidavit in the Breitlings' case; and the false and forged Jason
199    J. Vecchio and Dana Lantry endorsed allonges in the present case; and the false and forged Jason
200    J. Vecchio allonges and forged Notes in the other noticed related cases. He is the sole owner of
201    Beal Bank SSB, Beal Bank USA, Beal Financial Services, Beal Service Corporation and the
202    many subsidiaries of these entities including but not limited to LNV, MGC, LPP, CLMG
203    Corporation ("CLMG"), CXA Corporation ("CXA") and its many clones (i.e. CXA Corp. CXA-
204    1 to CXA-32 Corp. etc); BRE Inc, ("BRE") its many clones (i.e. BRE-1 to BRE-20 Inc. etc);
205    Southgate Master Fund LLC ("Southgate"); Bemont Investments LLC ("Bemont"); BPB
206    Investments LC, and hundreds of other shell corporations.

207    Daniel Andrew "Andy" Beal is the sole beneficiary of the gains from the foreclosures he
208    perfects using these false and forged documents. His crimes go beyond those of Lorraine Brown
209    in that he not only knowingly uses the products of her crimes; he falsely produces his own forged
210    documents consistent with the conspiracy acts and intentionally uses them to deceive courts and
211    to thereby intentionally deprive Defendant and the other Beal/LNV victims in the noticed related
212    cases of their property without due process.

213    The United States convicted Lorraine Brown of a felony cognizable by a court of the
214    United States (i.e. The United States District Court for the Middle District of Florida). Defendant
215    and the Beal/LNV victims in the other noticed related cases have told the various courts (i.e.
216    judges) that they are victims of the crimes of Lorraine Brown and that the assignments of deed of

217    trust or mortgage, the Mortgage Notes, the allonges and the affidavits produced by LNV are

218    forgeries consistent with the crimes of Lorraine Brown and her co-conspirators and that the

219    owner of LNV, Daniel Andrew Beal, as well as the LPS attorneys and agents he hires are

220    Brown's co-conspirators.

221    Title 18 U.S.C. § 4 states:

222       "Whoever, having knowledge of the actual commission of a felony cognizable by a
223       court of the United States, conceals and does not as soon as possible make known the
224       same to **some judge** or other person in civil or military authority under the United
225       States, shall be fined under this title or imprisoned not more than three years, or both."

226    Defendant and the Beal/LNV victims in the other noticed related cases have been telling

227    persons with civil authority including judges, their local police, their district attorneys, their state

228    attorneys, and the FBI about these crimes since 2012 and they have been consistently

229    IGNORED!

230    Title 18 U.S.C. § 4 is unconstitutional in that it doesn't mandate a judge to take any

231    specific action once they become aware of "the actual commission of a felony cognizable by a

232    court of the United States." The statute instructs all citizens they MUST tell a judge about the

233    crime or they will be guilty of a crime themselves and "shall be fined under this title or

234    imprisoned not more than three years, or both."

235    Defendant and the Beal/LNV victims in the other noticed related cases are certain that if

236    any of them were to forge a negotiable instrument with intent to defraud for personal gain, the

237    same judges who turn a deaf ear and blind eye to LNV/Beal doing so, would most definitely

238    report their crimes to the FBI or local law enforcement for investigation and prosecution.

239    Because Title 18 U.S.C. § 4 permits judicial discretion this statue results in arbitrary and biased

240  enforcement that violates the constitutional rights of Defendant and the Beal/LNV victims in the

241  other noticed related cases. Defendant and the other LNV/Beal victims are deprived of their

242  right to equal protection of the law under the fourteenth amendment to the United States

243  Constitution; and because these crimes can and do result in deprivation of the Beal/LNV victims'

244  property and their liberty to fully enjoy their property often for many years; it also deprives them

245  of their right to due process under the fifth and the fourteenth amendments to the United States

246  Constitution.

247  **Constitutional Question 1**

248  Is it an unconstitutional deprivation of due process and equal protection of law for a state

249  or federal judge to ignore the actual commission of a felony cognizable by a court of the United

250  States (because Title 18 U.S.C. § 4 apparently gives them discretion to do so); and is it

251  unconstitutional for judges to fail to take action to ensure a criminal investigation by law

252  enforcement is initiated; when a judge's failure to do so can and does result in deprivation of life,

253  liberty and property for the victims of the unreported crime?

_____

254  **Constitutional Question 2**

255  When a state or federal judge becomes aware of an actual commission of a felony

256  cognizable by a court of the United States and fails to take action to ensure that a criminal

257  investigation by appropriate law enforcement is initiated could/should that judge be fined or

258  imprisoned under Title 18 U.S.C. § 4; and if not wouldn't this then be unconstitutional because it

259  would create an unequal application of the law (i.e. citizens suffer consequences for violating

260  Title 18 U.S.C. § 4, but judges who violate Title 18 U.S.C. § 4 and thereby commit a crime

261  would not be punished; (it is well established that judicial immunity does not extend to

262  prosecution for a crime); and if that judge's failure to act pursuant to Title 18 U.S.C. § 4

263  deprived victims of these unreported crimes of their constitutional rights to due process and

264  equal protection of law wouldn't this then also violate that judge's constitutionally mandated

265  oath of office to uphold the Constitution of the United States?

_____

266  **Constitutional Question 3**

267  In the situation portrayed by Constitutional Question 2 when a judge fails to take action

268  to ensure that a criminal investigation by law enforcement is initiated pursuant to Title 18 U.S.C.

269  § 4; and that judge becomes aware of the crime through litigation in a civil action where a victim

270  of that crime is a party to the litigation and asserts he/she is such a victim and pursuant to rules of

271  evidence shows evidence of such to the court; and these crimes involve the forging of mortgage

272  related instruments intended to deceive a court as to the title interests of real property; but that

273  judge ignores such evidence of the crime and ultimately summarily rules against the interests of

274  the crime victim without a trial on the merits; and the result of that summary ruling deprives that

275  crime victim of their property and their financial liberty and greatly diminishes that crime

276  victim's quality of life; would this judicial decision be unconstitutional; and would this judge's

277  order therefore be void because it was derived from an unconstitutional deprivation of the crime

278  victim's rights to due process and equal protection of law?

_____

279  If a court's decision is plainly contrary to a statute or the constitution, the court will be

280  held to have acted without power or jurisdiction, making the judgment void. *United States v.*

281  *Indoor Cultivation Equip., 55 F.3d 1311, 1317 (7th Cir. 1995)*.

282      A judgment may not be rendered in violation of constitutional protections. The validity

283 of a judgment may be affected by a failure to give the constitutionally required due process

284 notice and an opportunity to be heard. *Earle v. McVeigh, 91 US 503, 23 L Ed 398*; See also

285 *Prather v Loyd, 86 Idaho 45, 382 P2d 910*.

286      The limitations inherent in the requirements of due process and equal protection of the

287 law extend to judicial as well as political branches of government, so that a judgment may not be

288 rendered in violation of those constitutional limitations and guarantees. *Hanson v. Denckla, 357*

289 *US 235, 2 L Ed 2d 1283, 78 S Ct 1228.*

290      Every person is entitled to an opportunity to be heard in a court of law upon every

291 question involving his rights or interests, before he is affected by any judicial decision on the

292 question. *Earle v McVeigh, 91 US 503, 23 L Ed 398*.

293      A judgment of a court without hearing the party or giving him an opportunity to be heard

294 is not a judicial determination of his rights. *Sabariego v Maverick, 124 US 261, 31 L Ed 430, 8 S*

295 *Ct 461*, and is not entitled to respect in any other tribunal.

                                    ————————————————

296      Defendant and the other Beal/LNV victims in the other noticed related cases are

297 instructed via Title 18 U.S.C. § 4 that they **must** report crimes to their local law enforcement,

298 and they have done so. But their local law enforcement told them they need to go to the FBI, and

299 again they have done so. Because the Beal/LNV victims live in so many different states and

300 cities their individual reports fail to give local FBI offices an understanding of the magnitude of

301 the Beal enterprise crimes. Also because the crimes are "foreclosure related" local police and

302 sheriff's departments don't take the reports seriously and have told Defendant and the other

303 Beal/LNV victims or that this is a civil matter for the courts (i.e. they put the onus on judges to
304 do the right thing); and then judges in turn routinely fail to take these crimes seriously.

305      This is a serious matter of public interest. Title 18 U.S.C. § 4 mandates citizens with
306 knowledge of the actual commission of a felony cognizable by a court of the United States (Beal
307 is doing exactly the same thing Lorraine Brown was convicted and imprisoned for doing and
308 worse) yet when citizens do as Title 18 U.S.C. § 4 mandates and make the crime known to **some**
309 **judge** or other person(s) in civil or military authority under the United States, nothing is done
310 investigate or put a stop to the crimes consistent with this criminal conspiracy (already identified
311 as a criminal conspiracy in *United States of America v. Lorraine Brown*). The lives of the
312 victims of these crimes are destroyed; their credit is wrongfully damaged; their shelter is
313 wrongfully taken from them, their entire life work effort and financial security is stolen from
314 them at the very point in their lives when they are most vulnerable and least likely to recover
315 from such a horrendous loss – often when they can no longer work and must live on a limited
316 retirement or disability income. Had they had not become victims of this horrifying crime they
317 would have had the liberty to sell their property and use their equity to buy a smaller less
318 expensive property and live their retirement debt free; but their liberty to make such choices was
319 stolen from them by Beal/LNV. Daniel Andrew Beal perpetrates his crimes with intent to steal
320 homes from some of our most vulnerable citizens, the elderly, the disabled, minorities, single
321 mothers; he destroys lives and displaces families so he can gamble away millions of dollars a
322 year. (See Defendant's Exhibit D attached hereto.)

323      Beal also uses his ill-gotten wealth earned from his corrupt organization's criminal
324 activities to pay thousands of attorneys to obstruct justice and/or thwart justice and/or commit
325 fraud upon the court in Defendant's case and the cases of the other LNV/Beal victims in the

326   noticed related cases. Brown was not convicted of criminal forgery because she herself did not

327   use the false and forged instruments she produced with intent to personally enforce such

328   instruments for her own personal gain. (In law if one forges a signature of otherwise alters an

329   instrument the act is not considered felony forgery until someone with knowledge that the

330   instrument is forged attempts to enforce the instrument for his/her personal gain. Daniel Andrew

331   Beal has such knowledge and intentionally seeks to enforce such forged instruments, as he has in

332   Defendant's case, and in the other noticed related cases.

333   Pertinent sections of *ORS § 165.013(1)(a)* (Forgery in the first degree) state:

334   "A person commits the crime of forgery in the first degree if the person violates
335   ORS 165.007 (Forgery in the second degree) the written instrument is or purports
336   to be any of the following:

337   (B) Part of an issue of stock, bonds or other instruments representing
338   interests in or claims against any property or person;

339   (C) A deed, will, codicil, contract or assignment;

340   (E) A public record;

341   Pertinent sections of § 165.007(1)(a) & (b) (Forgery in the second degree) state:

342   "A person commits the crime of forgery in the second degree if, with intent to
343   injure or defraud, the person falsely makes, completes or alters a written
344   instrument; or utters a written instrument which the person knows to be forged."

345   *ORS § 165.013(3)* (Forgery in the first degree) states:

346   "Forgery in the first degree is a Class C felony. [1971 c.743 §153; 1993 c.680
347   §25; 2005 c.761 §1]"

348   Pertinent sections of *18 U.S. Code § 495* (COUNTERFEITING AND FORGERY

349   specific to contracts, deeds, and powers of attorney states:

350   "Whoever falsely makes, alters, forges, or counterfeits any deed, power of
351   attorney, order, certificate, receipt, contract, or other writing, for the purpose of
352   obtaining or receiving, or of enabling any other person, either directly or

353     indirectly, to obtain or receive from the United States or any officers or agents
354     thereof, any sum of money; or

355     Whoever utters or publishes as true any such false, forged, altered, or
356     counterfeited writing, with intent to defraud the United States, knowing the same
357     to be false, altered, forged, or counterfeited; or

358     Whoever transmits to, or presents at any office or officer of the United States, any
359     such writing in support of, or in relation to, any account or claim, with intent to
360     defraud the United States, knowing the same to be false, altered, forged, or
361     counterfeited—

362     Shall be fined under this title or imprisoned not more than ten years, or both."

363     Both Oregon and U.S. code is clear about the definition of forgery and that it is a crime.

364     Courts are offices of the United States. Judges are officers of the United States. As such when

365     courts are defrauded the United States is defrauded. LNV/Beal has in Defendant's case and in

366     the other noticed related cases presented to judges, as officers of the United States, false, altered

367     and forged assignments of deed or mortgage; Mortgage Notes, allonges to Mortgage Notes and

368     affidavits. He does this with intent to defraud these judges knowing they would rely on these

369     false, altered and forged instruments as being genuine; and that through this predictable judicial

370     reliance the probability is high that these judges will grant LNV/Beal summary judgment rulings

371     that directly harms Defendant and the other LNV/Beal victims who are also pro se litigants in the

372     other noticed related cases by unjustly and unconstitutionally depriving them of their property.

373     The United States is also harmed the because it erodes the public's confidence in our judiciary as

374     a branch of the United States; which in turn undermines public confidence in the government of

375     the United States as a whole. The individual judges who were deceived are also harmed because

376     fraud makes their judgments void; and too many void judgments tarnish a judge's reputation.

377     Whenever mass incidents of judicial abuse of discretion and blatant violations of due

378     process and equal protection of law are rampant, with judges who ignore evidence and statute

379    and grant summary judgments favoring very wealthy financial institutions (and wealthy parties
380    like LNV and Beal who pretend to be financial institutions and use fraud to gain the bulk of their
381    wealth), the public loses faith in our judiciary's impartiality and its willingness to perform its
382    constitutionally dictated duty to uphold the United States Constitution. The United States also
383    loses credibility among foreign governments and the public of foreign countries. For centuries
384    the United States has been the shining example of what a democratic form of government should
385    be; a beacon of hope to the oppressed everywhere and a form of government that inspires those
386    living in non-democratic nations to fight for their own human rights and to establish a
387    democratic form of government in their own countries that mimics our form of government.
388    This shining image the United States has enjoyed for centuries is tarnished when the United
389    States government appears to allow wealthy parties like LNV/Beal to violate laws, commit
390    cognizable crimes and to thereby steal property from citizens with government sanction through
391    what appears to be a corrupt and biased judiciary.

392        Defendant wishes to make it clear that she does not believe all or even most judges are
393    corrupt, although she and the other LNV/Beal victims have good cause to believe that at least
394    some judges in the noticed related cases (specifically in the *LNV v. Breitlings* and the *LNV v.*
395    *Gebhardt* cases) may be corrupt and that the obvious appearance of such impropriety warrants an
396    investigation by the FBI; however many factors, not the least of which is a lack of funding,
397    coupled with a surge of non-criminal pro-se litigants defending their property title rights in
398    courts has overwhelmed the judicial system. However this is not an excuse to unconstitutionally
399    deprive those pro se masses flooding the courts of their property without due process and equal
400    protection of law. Throwing these cases out of our courts as quickly as possible with summary
401    judgments is not the solution to the problem, and has the potential to exponentially increase court

402    costs when these cases are re-opened and judgments vacated as being void due to their

403    unconstitutional basis.

404    At least one federal judge recognizes the constitutional problems inherent in abuse of

405    summary judgments by his federal judge colleagues. The Honorable Mark W. Bennett in his

406    essay: "From the 'No Spittin', No Cussin' and No Summary Judgment' Days of Employment

407    Discrimination Litigation to the 'Defendant's Summary Judgment Affirmed Without Comment'

408    Days: One Judge's Four-Decade Perspective" 57 N.Y.L. Sch. L. Rev. 685 (2012–2013) writes:

409    "Nearly seventy-five years after its birth, the time has come to bury summary judgment.
410    The funeral should be swift, dignified, and joyous. The autopsy would reveal that the
411    cause of death was abuse and overuse by my federal judge colleagues. Summary
412    judgment abuse and overuse occurs in all types of cases, but is especially magnified in
413    employment discrimination cases... Unfortunately, my colleagues have become
414    increasingly unfriendly to plaintiffs' employment discrimination claims. I believe there
415    are six primary reasons for this "unfriendliness" or what many scholars have observed
416    as "hostility": 1) too many frivolous employment discrimination lawsuits; 2) an
417    overworked federal judiciary; 3) increased sophistication of employers; 4) increasingly
418    subtle discrimination; 5) implicit bias in judicial decisions; and 6) a shift among judges
419    from trial judging to case managing... The time has come to recognize that summary
420    judgment has become too expensive, too time-consuming for the parties and the
421    judiciary, and too likely to unfairly deprive parties—usually plaintiffs—of their
422    constitutional and statutory rights to trial by jury. I am willing to throw out the baby
423    with the bathwater because the culture of unjustly granting summary judgment is far
424    too ingrained in the federal judiciary to reverse course. There is simply no empirical
425    evidence that summary judgment is efficient or fair. Failing elimination of summary
426    judgment, dramatic modifications to Rule 56 of the Federal Rules of Civil 1 Procedure
427    should be made to help eliminate its disparate and unfair impact."

428    Apparently the same "unfriendliness" observed by the Honorable Mark W. Bennett and

429    what and scholars call "hostility" of judges towards plaintiffs' in employment discrimination

430    claims is also reflected toward homeowners fighting off fraudulent foreclosures on their homes.

431    In fact Ms. Gebhardt pointed out in a motion she filed to recuse Judge Varlan because he

432    appeared to be biased against her that his record showed he had not even once ruled in favor of a

433  homeowner and that he had a tendency to rule unfavorably in other civil rights cases, mostly

434  employment discrimination cases. When the judiciary shows blatant bias and discrimination

435  against crime victims in danger of losing their homes to fraud the emotional damage further

436  inflicted these victims is severe; the crime victims are being treated by the courts as if they are

437  the criminals. Actually, criminals have more access to the courts that these crime victims. This

438  is not supposed to happen in the United States. The public interest is served by protecting our

439  constitutional rights to due process and assuring equal and fair justice, quoting from "*Access to*

440  *the Courts: An Essay for the Georgetown University Law Center Conference on the*

441  *Independence of the Courts*" by David S. Udell and Rebekah Diller, respectively, Director and

442  Counsel of the Justice Program of the Brennan Center for Justice at the New York University

443  School of Law:

444  "In this Essay, we argue that the gap between America's promise of equal justice and
445  the reality of justice on the ground is substantial, and growing. Meaningful access to the
446  courts—consisting of representation by counsel, the ability to physically enter court and
447  understand and participate in the proceedings, and the opportunity to have claims heard
448  is increasingly out of reach for many Americans. First, there are not enough lawyers
449  available to represent low-income people in civil legal matters, resulting in four-fifths
450  of the civil legal needs of low-income individuals going unmet. Second, in the criminal
451  justice system, where the right to counsel for the indigent is constitutionally guaranteed,
452  attorneys are commonly underpaid, under-supervised, under-resourced and, ultimately,
453  unable to provide effective representation. Third, for people with physical or
454  psychiatric disabilities, court buildings and court procedures pose obstacles that may be
455  insurmountable. Fourth, for people with limited English proficiency, the lack of
456  translation and interpreting services in many of the nation's courts also poses barriers
457  that are often overwhelming. Fifth, the role of the courts is increasingly circumscribed
458  by laws and by court decisions that eliminate whole categories of claims from the
459  courts' jurisdiction. Sixth, increased and often mandatory reliance on alternative
460  dispute resolution has placed judicial review out of reach for an increasing number of
461  people. These six factors, we argue, daily threaten the ability of our courts to perform
462  their essential functions: providing predictable and fair dispute resolution, acting as a
463  check on the legislative and executive branches, protecting the most vulnerable from
464  the excesses of majoritarianism, and reaffirming the citizenry's faith in the legitimacy
465  of the courts and of government in general. Finally, we conclude by offering a set of
466  policy solutions aimed at stabilizing our courts, promoting their independence, and
467  fulfilling the promise of equal justice."

468        If federal judges were not left to their own devices (which has proved in at least these

469 seven noticed related cases to have had an unconstitutional disparate and biased impact) and

470 were instead mandated by Title 18 U.S.C. § 4 to report the crimes of Daniel Andrew "Andy"

471 Beal that are consistent with the crimes identified by the United States as being acts of a criminal

472 conspiracy in *United States of America v. Lorraine Brown* to their local FBI offices as Title 18

473 U.S.C. § 4 implies but does not explicitly mandate; then the FBI would respect the authority of

474 these judges and immediately investigate these criminal activities; whereas local FBI field

475 offices have apparently ignored the many reports made to them by LNV/Beal victims who reside

476 in multiple states because these local FBI field offices are unable to connect each local report to

477 Daniel Andrew "Andy" Beal and his corrupt organization and to a larger pattern of such crimes

478 occurring across the country. Also like the local police and sheriffs' offices, local FBI field

479 offices are likely to consider these reports as civil and not criminal because they involve

480 foreclosures and refer these crime victims, as they have in fact done, back to the courts where

481 these crime victims have experienced a vicious catch-22 cycle in attempting to and being barred

482 from access the courts to voice their complaints.

483        This unconstitutional failure of Title 18 U.S.C. § 4 to mandate judicial action by judges to

484 report crimes has a disparate and unfair impact on the victims of such crimes already traumatized

485 and financially damaged by the crimes perpetrated against them; and who are then further

486 traumatized and victimized by the very judiciary they trusted to give them justice.

487        Were the FBI to investigate Daniel Andrew "Andy" Beal and his corrupt organization

488 they would discover that Beal's criminal conspiracy expands Brown's criminal conspiracy to

489 include falsified claims of mortgage default and subsequent theft of property for his own

490 personal gain via intentional use the products of Brown's crimes (i.e. forged mortgage related
491 documents) and new forged mortgage related documents created as a result of Beal's personal
492 instruction. Beal intentionally used these forged mortgage related documents to wrongfully
493 foreclose on properties. He submitted such forged mortgage related documents to courts in
494 foreclosure complaints he initiated against Beal victims in the noticed related cases and against
495 other Beal victims not yet named. Beal had first caused these forged mortgage related documents
496 to be filed via his MGC and other Beal enterprise entities into county land recorders offices
497 across the county through the mail and through wire transmissions, with intent to deceive judges
498 knowing that courts would then rely on these forged mortgage related documents as being
499 genuine. Beal did this with intent to wrongfully foreclose on properties, while denying his
500 victims their constitutional rights to due process and equal protection of law, and to thereby steal
501 these properties for his own personal gain through his deception, i.e. fraud upon the courts and at
502 the expense of Defendant and the other Beal/LNV victims in the noticed related cases.

503 **Defendant never in defaulted on her mortgage.** Litton wrongfully attempted to
504 foreclose on Defendant's property in 2006/2007. Litton's attorneys told Defendant's attorney
505 that their client had no financial incentive to call off the trustee sale. In a letter dated October 25,
506 2006 from my attorney, Elizabeth Lamoine, to Litton's Mr. Gallardo she wrote:

507 "...when we proposed a settlement with your company on August 30, 2006, Mr.
508 Benny Hibler informed me that your company had no 'incentive' to settle, as the
509 equity our client possessed in the residence was 'more than adequate' to satisfy
510 the amount you sought in the sale."

511 (See the 2nd paragraph of Defendant's Exhibit E.) Ms. Lemoine had proved to Litton that
512 Defendant had not missed a single payment that EMC Mortgage Inc, ("EMC") claimed she had
513 missed; i.e. there was never a genuine default.

514    Unknown to Defendant and her attorney in 2006/2007 Litton and/or GMAC-RFC
515    (Residential Funding Company LLC fka Residential Funding Corporation, subsidiaries of
516    GMAC) had filed a substitution of trustee document and an assignment of Defendant's deed of
517    trust falsely purporting to transfer beneficial interest to GMAC-RFC from People's Choice
518    Home Loans in 2006. This is a legal impossibility because People's Choice had no beneficial
519    interest in Defendant's deed of trust in 2006, because based on expert testimony available to the
520    court People's Choice had sold all beneficial interest in Defendant's deed of trust to the BSABS
521    2004-HE4 Bear Stearns Asset Backed Securities Trust (the "BSABS 2004-HE4 Trust" or "Trust"
522    prior to May 1, 2004. Defendant discovered these false and forged documents that Litton and
523    GMAC-RFC caused to be filed with Washington County Recorder's office via wire transmission
524    only in 2012; and she discovered that her loan was sold into the BSABS 2004-HE4 Trust in
525    November 2012.

526    Defendant attached as "Exhibit F" to her objection to MGC's motion to dismiss in her
527    related case *Subramaniam v. Beal et al*, Case No. 3:12-cv-01681-MO a copy of this assignment
528    of deed of trust filed on June 28, 2006 and pointed out several reasons why this document was a
529    forgery consistent with the crimes of Lorraine Brown. Defendant attached as Exhibit G a copy
530    of the information specific to the criminal indictment and plea agreement of Lorraine Brown (at
531    that time Defendant, a pro-se litigant, did not know in 2012 she could/should have filed a motion
532    for judicial notice.) It didn't matter because apparently judges think they have discretion to
533    ignore or deny motions for judicial notice of adjudicative fact pursuant to Federal Rule 201(c)(2)
534    in spite of the language of the rule: "The court **must** take judicial notice..."

535    Judge Michael Wise Mosman summarily dismissed Defendant's claims in *Subramaniam*

536    *v. Beal* with prejudice without ever adjudicating any of her claims. Like with the other Beal

537    victims, Defendant's claims have never been heard by any court.

538    From *US v. One Star Class Sloop*, No. 08-1152 (1st Cir. 2008):

539    "[A]n abuse of discretion occurs when a material factor deserving significant
540    weight is ignored, when an improper factor is relied upon, or when all proper and
541    no improper factors are assessed, but the court makes a serious mistake in weighing
542    them." Coutin v. Young & Rubicam P.R., Inc., 124 F.3d 331, 336 (1st Cir. 1997)
543    (citation and internal quotation marks omitted). Within this rubric, "an error of law
544    is always tantamount to an abuse of discretion." Torres-Rivera, 524 F.3d at 336.

545    "An abuse of discretion occurs when a material factor deserving significant
546    weight is ignored, when an improper factor is relied upon, or when all proper and
547    no improper factors are assessed, but the court makes a serious mistake in weighing
548    them....

549    Certainly whether or not an assignment of deed of trust is genuine or a forgery is material

550    to the standing of a party seeking to foreclosure on property via that instrument. *Subramaniam v.*

551    *Beal* arose from an attempt to foreclose and sell Defendant's property in September 2012. The

552    present case (*LNV v. Subramaniam)* arises from the same party "LNV" now attempting a judicial

553    foreclosure using the same forged instruments with the addition of newly forged instruments;

554    and claims that re judicata bars Defendant from relief she would have had in 2012 and that her

555    fraud claims discovered in 2012 are now time barred because Judge Mosman dismissed her

556    claims with prejudice.

557    This type of legal maneuvering is a pattern in LNV foreclosure related cases specific to

558    the LNV/Beal victims in the noticed related cases; and it is designed to obstruct justice and to

559    deprive the LNV/Beal victims of their constitutional rights to due process and equal protection of

560    law.

561        Judge Mosman made no reference in his written order that addressed any of Defendant's

562    claims in her pro se pleadings in *Subramaniam v. Beal*; the primary thrust behind Judge

563    Mosman's decision seems to have come from MGC and Northwest Trustee Services ("NWTS")

564    arguments along the line of "we didn't get away with it (i.e. the non-judicial foreclosure wasn't

565    perfected) so no harm done and case should be dismissed."

566        Material factors deserving significant weight were ignored by Judge Mosman who made

567    no determination specific to title of Defendant's property which was a central issue in dispute

568    between the parties in *Subramaniam v. Beal* in 2012; and is now in 2015 the central issue in

569    dispute between the parties in *LNV v. Subramaniam*.

## 570    **Constitutional Question 4**

571        Is Federal Rule 56 as it is written and used unconstitutional in that it has become an over-

572    used method for federal judges to clear their dockets; making it a breeding ground for judicial

573    bias, discrimination and judicial abuse of discretion that denies far too many citizens meaningful

574    access to the courts and violates their constitutional rights to due process and equal protection of

575    law as it has the for the Defendant in the present case, and the other LNV/Beal victims in the

576    noticed related cases?

———————————————

577        "These phrases [due process] in the constitution do not mean the general body of the law,

578    common and statute, as it was at the time the constitution took effect; for that would seem to

579    deny the right of the legislature to amend or repeal the law. They refer to certain fundamental

580    rights, which that system of jurisprudence, of which ours is a derivative, has always recognized."

581   *Brown v. Levee Com'rs*, 50 Miss. 468. "Due process of law, as used in the constitution, cannot

582   mean less than a prosecution or suit instituted and conducted according to the prescribed forms

583   and solemnities for ascertaining guilt, or determining the title to property." *Embury v. Conner*, 3

584   N.Y. 511, 517, 53 Am.Dec. 325. And see, generally, *Davidson v. New Orleans*, 96 U.S. 104, 24

585   L.Ed. 616.

586   "A judgment is a void judgment if the court that rendered the judgment acted in a manner

587   inconsistent with due process." *Klugh v. U.S.*, D.C.S.C., 610 F. Supp. 892, 901.

588   "Res judicata consequences will not be applied to a void judgment which is one which,

589   from its inception, is a complete nullity and without legal effect," *Allcock v. Allcock*, 437 N.E.2d

590   392 (Ill.App.3 Dist. 1982).

591   Pro se litigants, as well as those represented by counsel, are entitled to meaningful access

592   to the courts.' Sufficient access to the courts, a right protected by the due process clause of the

593   fourteenth amendment6 and the first amendment, guarantees to all persons use of the judicial

594   process to redress alleged grievances. See *Bounds v. Smith*, 430 U.S. 817, 825 (1977); *Wolff v.

595   McDonnell*, 418 U.S. 539, 579 (1974); *Johnson v. Avery*, 393 U.S. 483, 488 (1969).

596   A judgment may not be rendered in violation of constitutional protections.  The validity

597   of a judgment may be affected by a failure to give the constitutionally required due process

598   notice and an opportunity to be heard.  *Earle  v. McVeigh*, 91 US 503, 23 L Ed 398. See also

599   Restatements, Judgments 4(b). *Prather vLoyd*, 86 Idaho 45, 382 P2d 910.

600          Meaningful access to the courts is a fundamental constitutional right. See *Bounds v.*

601   *Smith,* 430 U.S. 817, 828 (1977); *Johnson v. Avery*, 393 U.S. 483, 485 (1969). The importance

602   of the right of access has long been recognized by the Supreme Court. See, e.g., *Chambers v.*

603   *Baltimore & Ohio R.R.*, 207 U.S. 142, 148 (1907). The right of access protects a litigant's

604   interest in using the judicial process to attain redress of grievances. See *Bounds v. Smith,* 430

605   U.S. 817, 825 (1977); Wolff, 418 U.S. at 579; Johnson v. Avery, 393 U.S. 483, 485 (1969). For

606   pro se litigants, the right guarantees all the means necessary to ensure an adequate hearing on all

607   alleged grievances. See *Gilmore v. Lynch*, 319 F. Supp. 105, 110 (N.D. Cal. 1970) (per curiam),

608   aff'd sub nom. *Younger v. Gilmore*, 404 U.S. 15 (1971) (per curiam). In *Rabin v. Dep't of State*,

609   No. 95-4310, 1997 U.S. Dist. LEXIS 15718 the court noted that pro se plaintiffs should be

610   afforded "special solicitude." One commentator has submitted that no judicial effort is too great

611   if it tends toward just resolution of all pro se claims. See *Flannery & Robbins, The*

612   *Misunderstood Pro Se Litigant: More than a Pawn in the Game*, 41 Bklyn. L. Rev. 769, 772

613   (1975).

                                    _____

614          The present case and the noticed related cases before this court and other courts involve

615   civil litigation stemming from criminal activities. In each of the noticed related cases LNV/Beal

616   and Beal's attorneys have demonstrated a pattern of legal maneuvering designed to prevent

617   discovery and have these cases summarily dismissed or decided in favor of LNV/Beal without

618   any discovery or judicial fact finding because if Defendant and the other LNV/Beal victims were

619   permitted discovery (a necessary ingredient for due process to occur) and judges actually paid

620   attention to the facts uncovered during discovery there would be no question about the criminal

621    nature of LNV/Beal's activities in regard to Beal's claims against properties belonging to

622    Defendant and the other LNV/Beal victims in the noticed related cases.

623    As in Defendant's case a self-serving false claim of default started the ball rolling toward

624    foreclosure in the noticed related case of *LNV Corporation v. Gebhardt*. Catherine Gebhardt

625    sent a cashier's check for $6,000 made payable to MGC Mortgage Inc. at the address GMAC

626    gave her (i.e. 7195 Dallas Parkway, Plano, TX 75024) after GMAC told her MGC would be

627    taking over the servicing of her mortgage. This $6,000 payment represented three months of

628    payments of Gebhardt's mortgage. MGC claimed they never received this check. Yet in late

629    2013 Gebhardt finally obtained a copy of the paid check from her bank; and it shows

630    conclusively that the money was indeed paid on October 29, 2008 to Beal Bank SSB. (Beal

631    Bank SSB and LNV and MGC are all solely owned by Daniel Andrew "Andy" Beal.) In a letter

632    dated June 23, 2011 sent to Gebhardt's Congressman Roe's office written by attorney Erica

633    Thomas who doesn't disclose in the letter she is an attorney (her Texas Bar Card Number is

634    24042027), but who misrepresents herself as a Vice President of MGC makes numerous false

635    claims about the Gebhardt loan. Specific to this $6,000 payment that cleared on October 29,

636    2008 as was conclusively paid to Beal Bank SSB; Erica Thomas on page 2 paragraph 1 of this

637    letter states:

638            "MGC has received no payments since we acquired servicing of loan form GMAC on
639            or around July 1, 2009."

640    So what happened to Gebhardt's $6,000? That is a question certainly worthy of an

641    answer through fact finding, i.e. discovery. After all LNV sued Gebhardt for "breach of

642    contract" in *LNV v. Gebhardt* and the breach claimed by LNV was that Gebhardt's defaulted on

643    the mortgage contract. This evidence indicates that it was actually LNV/MGC/Beal that
644    breached the contract in October 2008 and not Gebhardt.

645         The returned cashier's check conclusively shows the $6,000 was paid to Beal Bank SSB.
646    MGC made other false claims of missed payments in addition to this one in the Gebhardt case.
647    That MGC misappropriated this payment is conclusive based on the evidence. That MGC used
648    this misappropriated payment to claim Gebhardt defaulted on her mortgage when she in fact had
649    not, is conclusive based on the evidence. It can be inferred that MGC/Beal did this with intent so
650    it could initiate a non-judicial foreclosure sale of Gebhardt's property because the LPS affiliated
651    law firm of McCurdy & Candler served a foreclosure notice on Gebhardt on or around May 16,
652    2009. Gebhardt thwarted this attempt of fraudulent foreclosure on her property by filing a
653    lawsuit in August 2009: *Gebhardt v GMAC Mortgage et al* case 2009-059-I, in the Circuit Court
654    for Sevier County Tennessee. Like so many victims, in 2009 Gebhardt had no idea about the
655    level of fraud being perpetrated on her; she only knew that she had made payments to MGC that
656    were never credited to her loan; that GMAC told her to make payments to MGC in October 2008
657    then a few months later GMAC told her the servicing transfer to MGC did not succeed and she
658    was to make payments to GMAC again; but GMAC then claimed she was in default because
659    MGC claimed she had never paid them.

660         Even though Gebhardt didn't understand why this was happening, Daniel Andrew
661    "Andy" Beal, owner of MGC and LNV, knew exactly what he was doing. He intended to steal
662    Gebhardt's property and get a federal court to sanction his theft. To do this he had to first create
663    a default so he could deceive a court into believing Gebhardt had failed to make payments on her
664    mortgage so LNV/Beal could then unconstitutionally confiscate her property. MGC in behalf of

665   LNV (.i.e. Daniel Andrew "Andy" Beal) knowingly made false claims of default with intent to
666   deprive Gebhardt of her property without due process or equal protection of the law by
667   intentionally deceiving the court so Beal could unconstitutionally confiscate her property for his
668   own personal gain and to the detriment of Gebhardt. (See Defendant's Exhibit F for a copy of
669   Gebhardt's $6,000 check and Erika Thomas' letter.) (Note: It is highly unlikely that attorney
670   Erica Thomas was actually on MGC's payroll as an employee. Attorney Erica Thomas was most
671   likely working as an independent contractor paid by Beal Bank as such and not as an employee
672   paid with a W2 form.)

673        Unfortunately Gebhardt's case is not an isolated incident. The same pattern of
674   misappropriated payments, false claims of default, then threats of foreclosure, sham modification
675   offers and eventual foreclosure actions or breach of contract complaints by Beal's MGC and/or
676   LNV and/or LPP has and is repeated with the noticed related cases and with numerous other
677   MGC/LNV/Beal victims across the country.

678        Were the FBI to investigate Daniel Andrew "Andy" Beal and his corrupt business
679   organization it is highly probable they will discover Beal, his agents or his attorneys have bribed
680   judges as well as attorneys who were hired to represent Beal victims; and that Beal is falsely
681   reporting his earnings to the IRS and to the FDIC then laundering his ill-gotten proceeds
682   overseas. (LNV/Beal victims have evidence to show Beal is laundering money as defined by *18*
683   *U.S. Code § 1956*.) Facts in the noticed related cases *Breitlings v. LNV*, Case No. 3:15-CV-
684   00703; *LNV Corporation v. Gebhardt*, and the Swift bankruptcy case is indicative of bribery or
685   improper influence of counsel representing Beal/LNV victims (i.e. attorneys Douglas Taylor,
686   J.D. Milks and Paul Bach); and facts in the *Breitlings v. LNV* case is indicative that Beal/LNV

687     attorneys Jeffrey Hardaway with Codilis & Stawiarski PC and Luke Madole of Buckley Madole,

688     PC had secret conversations with at least two judges, Texas state judge Dale Tillery and Dallas

689     county judge Jerry Cooper, respectively, for purposes of influencing the decisions of these

690     judges to favor LNV.

691     The crimes described herein committed by D. Andrew Beal and his agents and his

692     attorneys and others involved in his corrupt organization qualify as "racketeering activity" as

693     defined by *18 U.S. Code § 1961* et al. (i.e. *18 U.S. Code Chapter 96 - RACKETEER*

694     *INFLUENCED AND CORRUPT ORGANIZATIONS*).

695     18 U.S. Code § 1964(a) states:

696             "The district courts of the United States shall have jurisdiction to prevent and
697     restrain violations of section 1962 of this chapter by issuing appropriate orders,
698     including, but not limited to: ordering any person to divest himself of any interest,
699     direct or indirect, in any enterprise; imposing reasonable restrictions on the future
700     activities or investments of any person, including, but not limited to, prohibiting
701     any person from engaging in the same type of endeavor as the enterprise engaged
702     in, the activities of which affect interstate or foreign commerce; or ordering
703     dissolution or reorganization of any enterprise, making due provision for the
704     rights of innocent persons."

705     18 U.S. Code § 1964(a) states:

706             "The Attorney General may institute proceedings under this section. Pending final
707     determination thereof, the court may at any time enter such restraining orders or
708     prohibitions, or take such other actions, including the acceptance of satisfactory
709     performance bonds, as it shall deem proper."

710     Defendant and the other LNV/Beal victims in the noticed related cases have been seeking

711     protection from the recognizable crimes being perpetrated against them for many years; and the

712     district courts of the United States are failing to restrain violations of 18 U.S. Code § 1961 et seq.

713     by LNV/LPP/Beal (i.e. the Beal organization and its numerous corporate entities) and failing to

714    make due provision for the rights of innocent persons. Instead of protecting the rights of

715    innocent persons who are victims of cognizable crimes, (specifically those crimes for which the

716    United States convicted Lorraine Brown for pursuant to 18 U.S. Code § 371 in *United States of*

717    *America v. Lorraine Brown, Case No. 3:12-cr-198-J-25 MCR, (M.D. Fla.)*; and for altering and

718    forging deeds, assignments of deeds, mortgage contracts, allonges mortgage contracts and utters

719    or publishes as true any such false, forged, altered, or counterfeited writing, with intent to

720    defraud the United States, knowing the same to be false, altered, forged, or counterfeited

721    pursuant to 18 U.S. Code § 495; and for committing first degree forgery, i.e. with intent to injure

722    or defraud, makes, completes or alters a written instrument representing interests in or claims

723    against any property or person, deed, contract or assignment, public record, or utters a written

724    instruments which the person knows to be forged pursuant to *ORS § 165.013(1)(a)*; and for

725    engaging in monetary transactions in property derived from specified unlawful activity pursuant

726    to 18 U.S. Code § 1957 which are "racketeering activity" pursuant to 18 U.S. Code § 1961(1)),

727    these courts are further victimizing these crime victims by unconstitutionally granting

728    LNV/LPP/Beal summary judgments without ever adjudicating genuine questions of title raised

729    by all the LNV/Beal victims in the noticed related cases.

730    Furthermore, violations of 18 U.S. Code § 371; 18 U.S. Code § 495; and 18 U.S. Code §

731    1957 should be cognizable to any federal court judge as "racketeering activity" pursuant to 18

732    U.S. Code § 1961(1) regardless of whether a pro se litigant specifies these violations in their

733    pleadings or not. A federal judge especially has an obligation under the United States

734    Constitution to protect the public from crime and to protect the constitutional rights of pro se

735    litigants; particularly when they are victims of a crime.

736 **Constitutional Question 5**

737       Does a judge who abuses his/her judicial discretion (i.e. Judge Mosman in the present

738 case and in the noticed related case *Fauley v. Washington Mutual et al (LNV)*, Case No. 3:13-cv-

739 00581-AC also before his court where Judge Mosman similarly ordered a summary dismissal,

740 Judge Thomas A. Varlan in the noticed related case *LNV Corporation v. Gebhardt*, Case No.

741 3:12-CV-468-TAV-HBG who granted summary judgment to LNV against the preponderance of

742 the evidence and against the law and where he states in his own orders that title is UNCLEAR;

743 and where he has repeatedly denied Gebhardt's many motions for relief from his summary

744 judgment due to fraud upon the court and tampering with evidence by both LNV and court

745 employees; Judge Donald R. Cassling in the noticed related case *Swift Chapter 13 bankruptcy,*

746 *Case No. 12-35690* in the United States Bankruptcy Court for the Northern District of Illinois,

747 Eastern Division who denied the Swifts an adequate continuance to find a new attorney then

748 dismissed their bankruptcy without allowing the Swifts to be heard (i.e. in violation to their

749 constitutional due process and equal protection of law rights) and Judge Dale Tillery who did the

750 same to the Breitlings in the noticed related case *LNV v. Breitlings,* Case No. DC-14-04053 in

751 the 134th Dallas District Court of Texas leaving both of these LNV/Beal victims ill prepared to

752 represent themselves in such complex cases involving title to their properties and where LNV's

753 owner Daniel Andrew Beal has billions of dollars at his disposal to hire an army of attorneys

754 against them to prevent discovery, to obstruct justice, to intentionally derive these pro se

755 LNV/Beal victims of their constitutionally guaranteed rights to due process and equal protection

756 of the law, to commit fraud upon the court by submitting forged instruments, which these

757 officers of the court knew or should have know are forged instruments, as evidence of debt and

758 their client's standing to foreclose on the properties of these LNV/Beal victims to collect LNV's

759   claimed debt which all these LNV/Beal victims have steadfastly denied is not a valid debt, and

760   then to secure summary judgments favoring LNV by improperly influencing the court; Judge s

761   both federal and state in the noticed related cases; and Commissioner Judge Michael L. Barth of

762   the Maricopa County Superior Court of Arizona who likewise granted LNV a summary

763   judgment in the noticed related case *LNV Corporation v. Tuli Molina Wohl,* Case No. 1 CA-CV

764   11-0603, in the Court of Appeals, State of Arizona Division One originating from Cause No.

765   CV2011-009999 in the Superior Court in Maricopa County Arizona which resulted in the

766   unconstitutional derivation of LNV/Beal victim Tuli Molina's property and a substantial loss of

767   her quality of life and her liberty as a result), in such cases knowingly and willfully participate in

768   a criminal conspiracy to defraud when they are presented with instruments in their court that are

769   purported by LNV/Beal to be evidence of a valid debt and evidence of LNV/Beal's standing to

770   foreclose on property to collect such debt, which may in fact be forged instruments, and that

771   these forged instruments are likely the products of a convicted felon or her co-conspirators

772   judicially determined to have committed the offense of mail and wire fraud pursuant to 18 U.S.

773   Code § 371, *United States v. Lorraine Brown,* and was criminally convicted of such in favor of

774   the United States; and when the pleadings of these pro se crime victims and the exhibits they

775   attach to their pleadings should be cognizable to any federal judge as acts consistent with the

776   crimes of Lorraine Brown and her co-conspirators; and that these pleadings and exhibits give

777   evidence of further criminal acts of forgery along with acts consistent with engaging in monetary

778   transactions in property derived from specified unlawful activity pursuant to 18 U.S. Code §

779   1957 and which any federal judge should recognize as "racketeering activity" pursuant to 18

780   U.S. Code § 1961(1); and yet that federal judge fails to report these racketeering crimes and

781   instead awards the perpetrators with an unconstitutional summary judgment without ever

782  adjudicating facts specific to title of the property; and that summary judgment has the effect of

783  depriving these crime victims of their property, their liberty to enjoy the financial rewards of

784  their life-long earnings they invested into their properties or their good credit; and such summary

785  judgment has the effect of greatly diminishing the quality of life enjoyed by these crime victims,

786  is that judge then a culpable criminal co-conspirator with LNV/Beal and devoid of judicial

787  immunity and liable for restitution to the victims of these crimes?

788  As every effective parent knows, the way to rear a child to become a conscientious adult

789  who respects rules and the rights of others is to foster a sense of personal accountability within a

790  child and to establish fair rules and to enforce those rules with uniform, fair and consistent

791  consequences for violations of those rules.

792  The financial incentive (consequences) for violating the rules in these cases is upside

793  down.  As shown when Litton's Mr. Benny Hibler told Defendant's attorney in 2006, Elizabeth

794  Lamoine, that Litton: "…had no 'incentive' to settle, as the equity our client (Defendant in the

795  present case) possessed in the residence was 'more than adequate' to satisfy the amount you

796  sought in the sale."

797  The criminals in these cases have no financial incentive to stop their crimes because they

798  the can and do get away with their crimes most of the time; specifically because judges allow

799  them to get away with their crimes most of the time; and even when they are caught the penalties

800  awarded to individual consumers are so minute and insignificant in comparison to the $Billions

801  in undue rewards they reap from continuing their crimes that they constitute no deterrent, i.e. no

802  financial incentive to do the right thing rather than the wrong thing.

803   A major factor behind federal judges' motivation to as quickly as possible grant summary
804 judgments in these cases (besides possible personal bias and improper influence) is the desire to
805 clear their dockets to cut court costs.  This perception by federal judges is misplaced and in the
806 end has the potential to dramatically increase court costs and open the floodgates to future re-
807 hearings of all the old cases where they unconstitutionally ordered summary judgments without
808 any determination as to title of the property.  Unconstitutional judgments are void judgments and
809 judgments secured through fraud upon the court are also void.  No statute of limitation exists on
810 vacating such void judgments.

811   Judges are public servants.  They have a duty not only to uphold the Constitution of the
812 United States but to make wise fiscal decisions.  Instead of attempting to cut corners in ways that
813 deny average citizens access to the courts; deprive them of their constitutionally guaranteed
814 rights to due process and equal protection of the law; and that violate their constitutionally
815 mandated oath of office to uphold the Constitution of the United States; and that erodes public
816 confidence in the impartiality of the judiciary these judges would be better government servants
817 stewards of our great Constitution were they to acknowledge the upside down financial
818 incentives inherent in these cases.

819   Defendant and the other LNV/Beal victims have all suffered unimaginable damages as
820 result of being victimized by the crimes of LNV/Beal and the other Beal organization criminal
821 entities.  Most of them have suffered irreparable damage to their credit, (average cost =
822 $500,000); irreparable damage to their health and loss of income as a result; (Defendant's actual
823 cost >= $3,000,000; cost for other victims varies); extreme and prolonged emotional distress
824 (average cost = $1,000,000); prolonged deprivation of their liberty to not only enjoy their

825    property but their lives because as pro se litigants nearly every waking moment is spent doing

826    legal research and writing to defend themselves in courts where most judges don't even read

827    their pleadings and this causes them to miss out on family events and most of the simple

828    pleasures one enjoys in life (computing a cost on this deprivation is something a professional

829    must calculate to provide adequate restitution.) The list goes on. Yet the courts and judges have

830    routinely denied these victims restitution; and this contributes to the inability for Defendant and

831    the other LNV/Beal victims in the noticed related cases to find counsel – attorneys willing to

832    take on their cases know they cannot without funds adequate to sustain the onslaught of

833    summary judgment motions that history tells them will be filed by LNV/Beal attorneys to delay

834    discovery and a thwart a trial on the merits. LNV/Beal by its own wrongdoing creates an unfair

835    and biased judicial environment where the financial incentive is for continuing the crimes.

836        The United States Supreme Court (Defendant and the other LNV/Beal victims in the

837    noticed related cases are committed to taking our grievances to the United States Supreme Court

838    if we must to get justice) and the United States Attorney General have a fiduciary and

839    Constitutional duty to examine the Constitutional abuses rampant with the biased, arbitrary and

840    punitive affects of the over use of federal Rule 56 by federal judges and attorneys who represent

841    excessively wealthy clients like LNV/Beal against pro se parties like Defendant and the other

842    LNV/Beal victims in the noticed related cases who are in jeopardy of unconstitutionally losing

843    their properties, their liberty to enjoy their properties and their quality of life or have already lost

844    such as a result of the disparate and unfair impact caused by Rule 56.

845        The United States Supreme Court and the United States Attorney General have a

846    fiduciary and Constitutional duty to examine the constitutionality of Title 18 U.S.C. § 4 when

847  crime victims like Defendant and the other LNV/Beal victims in the noticed related cases are

848  caught in a perpetual catch-22 situation because <u>Title 18 U.S.C. § 4</u> mandates they report the

849  crimes to a judge, yet the judges fail to report the crimes to law enforcement and law

850  enforcement claims their cases are civil and sends them back to the courts; while the crimes

851  continues; their damages as a result of the crimes increase; and the public loses faith in the

852  judiciary and views the judges as participants in the crimes.

853        As parents of sorts, the United States Supreme Court and the United States Attorney

854  General has the challenge of reining in wayward judges and bring a sense of fairness back to the

855  judiciary; which is vested by the public and where the public is dependent on federal judges

856  especially to honor their constitutionally mandated oath of office to uphold the Constitution of

857  the United States; and too many of these judges are instead violating the constitution rights of

858  due process and equal protection of law.

859        Defendant never defaulted on her mortgage.  Gebhardt and most of the other LNV/Beal

860  victims in the noticed related cases never defaulted on their mortgages. The horrors that have

861  happened to them; through no fault of their own, can happen to any American homeowner at any

862  time if the judiciary doesn't turn around the "financial incentive" and call a crime what it is:

863  "CRIME" and hold those perpetrating these crimes accountable for restitution to the victims of

864  their crimes and prosecute them to the fullest extent of the law.

865  Respectfully,

866  _____

867  Denise Subramaniam

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was

served upon all counsel of record, pro-se parties and the United States Attorney General and the

Attorney General of the State of Oregon via the Court's CM/ECF system, email, and/or regular

mail, and/or certified mail with return receipt requested.

U.S. Department of Justice
Loretta Lynch,
U. S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-514-2000


Gabrielle D. Richards | Perkins Coie LLP
1120 NW Couch Street
10th Floor
Portland, Oregon 97209-4128
D. +1.503.727.2255
F. +1.503.346.2255
grichards@perkinscoie.com


Respectfully Submitted,


_____
Denise Subramaniam