Erick J. Haynie, OSB No. 982482
EHaynie@perkinscoie.com
Gabrielle D. Richards, OSB No. 114992
GRichards@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>DENISE SUBRAMANIAM,<br><br>            Defendant. | Case No. 3:14-cv-01836-MO<br><br>JUDGMENT OF FORECLOSURE |

## JUDGMENT OF FORECLOSURE

WHEREAS, plaintiff LNV Corporation ("LNV") moved for summary judgment on its Judicial Foreclosure of Trust Deed claim against defendant Denise Subramaniam ("Defendant");

WHEREAS, this Court determined that LNV holds the note and beneficial interest in the trust deed securing Defendant's obligation to repay her loan;

WHEREAS, this Court determined that Defendant defaulted on that loan; and

1-   JUDGMENT OF FORECLOSURE

79707-0017/128274855.2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

WHEREAS, this Court determined that LNV is entitled to summary judgment of its Judicial Foreclosure of Trust Deed claim for the foregoing reasons.

IT IS HEREBY ORDERED AND ADJUDGED:

1. LNV is awarded a money judgment against Defendant for the principal note indebtedness in the amount of $171,450.72, together with accrued interest as of October 20, 2015 in the amount of $113,937.45, plus fees and charges totaling $43,338.43, for a total of $328,726.60, with post-judgment interest continuing to accrue at the Oregon statutory rate of 9 percent per annum from the date of entry of this judgment.

2. The trust deed executed and delivered by Defendant on or about February 10, 2004 and recorded on March 1, 2004 as Document Number 2004-019937 and on August 27, 2008 as Document Number 2008-073972 of the official records of Washington County, Oregon, is a valid lien for the amount of LNV's judgment set forth in paragraph 1 above against the real property, situated in Washington County, Oregon, described as Lot 4, Block 2, Devonshire, and commonly known as 13865 SW Walker Road, Beaverton, Oregon, 97005 (the "Real Property"). LNV's lien is superior to any claim, right or interest of Defendant.

3. The claims, rights and interests of Defendant are foreclosed and LNV may cause execution to issue for the sale of the Real Property in the manner provided by law.

4. The proceeds of the sale must be applied first toward the costs of sale; then toward satisfaction of the indebtedness described in paragraph 1, with any remainder paid into this court, or other court of competent jurisdiction to which this judgment is localized, pending further order.

5. Defendant and all persons claiming through Defendant are forever foreclosed of all interest in the Real Property and every portion thereof excepting only any right of redemption as Defendant may have therein.

6. LNV or any other party to this action may become the purchaser at the sale of the Real Property. At the sale, LNV or its assignee may credit bid up to the amount of the money

2-    JUDGMENT OF FORECLOSURE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

79707-0017/128274855.2

judgment set forth in paragraph 1 above as shall have accrued as of the date of the sale.  LNV may assign this judgment freely at any time prior to or after the sale.  The purchaser is entitled to exclusive possession of the Real Property from and after the date of sale and is entitled to such remedies as are available at law to secure possession, including without limitation a writ of assistance, if Defendant or any other party or person refuses to surrender possession to the purchaser immediately on the purchaser's demand for possession.

7. LNV is awarded its costs, disbursements, and reasonable attorney fees to be determined pursuant to Fed R. Civ. P. 54, together with appropriate interest as awarded in a supplemental judgment.

DATED: _____, 2015.

_____
Hon. Michael W. Mosman
United States District Court Judge

SUBMITTED BY:

*s/ Gabrielle D. Richards*
**Erick J. Haynie,** OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards,** OSB No. 114992
GRichards@perkinscoie.com
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, OR  97209-4128

*Of Attorneys for Plaintiff*

3- JUDGMENT OF FORECLOSURE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

79707-0017/128274855.2

## CERTIFICATE OF SERVICE

I certify that the foregoing JUDGMENT OF FORECLOSURE will be served on defendant Denise Subramaniam at 13865 SW Walker Rd., Beaverton, OR 97005 by depositing a copy in the U.S. Mail in a sealed postage-prepaid envelope and depositing with the United States Postal Service at Portland, Oregon on October 22, 2015.

DATED: October 21, 2015

s/ *Gabrielle D. Richards*
Gabrielle D. Richards, OSB No. 114992
GRichards@perkinscoie.com

Attorneys for Plaintiff
LNV Corporation

1- CERTIFICATE OF SERVICE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

79707-0017/128274855.2