Gabrielle D. Richards, OSB No. 114992
gabby@cascadialawyers.com
MARTIN & RICHARDS, LLP
111 SW Fifth Avenue, Suite 3150
Portland, OR  97204
Telephone:  503.444.3449
Facsimile:  503.296.5834

Erick J. Haynie, OSB No. 982482
EHaynie@perkinscoie.com
Jeffrey M. Peterson, OSB No. 115723
JeffreyPeterson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>                     Plaintiff,<br><br>     v.<br><br>DENISE SUBRAMANIAM,<br><br>                     Defendant. | Case No. 14-cv-01836-MO<br><br>NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF COUNSEL<br><br>(Clerk's Action Required) |

1-   NOTICE OF CHANGE OF ADDRESS
     AND AFFILIATION OF COUNSEL

**Martin & Richards, LLP**
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
Phone:  503.444.3449
Fax:  503.296.5834

TO: Clerk of Court
AND TO: All Named Parties

PLEASE TAKE NOTICE, pursuant to LR 83-10(b), that the mailing address, business e-mail address and firm affiliation for Gabrielle D. Richards of Perkins Coie LLP has changed. Ms. Richards' new business address, business e-mail address and firm affiliation are as follows:

Martin & Richards, LLP
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
Telephone: 503.444.3449
Facsimile: 503.296.5834
gabby@cascadialawyers.com

This notice shall be effective immediately. All further notices and pleadings, exclusive of original process, are to be served upon Ms. Richards as noted above and upon Erick J. Haynie and Jeffrey M. Peterson of Perkins Coie LLP, who also remain counsel of record.

DATED: December 4, 2015

/s/ Gabrielle D. Richards
**Gabrielle D. Richards**, OSB No. 114992
gabby@cascadialawyers.com
**Martin & Richards, LLP**
111 SW Fifth Avenue, Suite 3150
Portland, OR 97204
Telephone: 503.444.3449
Facsimile: 503.296.5834

*Attorney for Plaintiff LNV Corporation*

DATED: December 4, 2015

/s/ Erick J. Haynie
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Plaintiff LNV Corporation*

2- NOTICE OF CHANGE OF ADDRESS
AND AFFILIATION OF COUNSEL

**Martin & Richards, LLP**
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
Phone: 503.444.3449
Fax: 503.296.5834