Denise Subramaniam  
Self-represented  
13865 SW Walker Rd  
Beaverton OR 97005  
503-764-5300

FILED 3 DEC '15 13:15 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION<br><br>　　Plaintiff,<br><br>v.<br><br>DENISE SUBRAMANIAM<br>pro per<br><br>　　Defendant, pro se | Civil Case No. 3:14-cv-01836<br><br>DEFENDANT'S NOTICE OF APPEAL |

### DEFENDANT'S NOTICE OF APPEAL OF ORDER OF JUDGMENT FOR FORCLOSURE ENTERED NOVEMBER 4, 2015 (DOC 116)

NOTICE IS HEREBY GIVEN that Defendant, Denise Subramaniam, pro se, appeals to the United States Court of Appeals for the Ninth Circuit from an order granting Plaintiff, LNV Corporation a Judgment for Foreclosure filed on November 4, 2015 [Docket No. 116] based a motion for summary judgment order filed on October, 16, 2015, [Docket No. 111]. Attached hereto is Defendant's Motion to file In Forma Pauperis with the completed affidavit form downloaded from the Ninth Circuit Court of Appeals website.

Respectfully Submitted,

*/s/ Denise Subramaniam*
Denise Subramaniam