FILED 28 JAN '16 15:26 USDC-ORP

Denise Subramaniam
Self-represented
13865 SW Walker Rd
Beaverton OR 97005
503-764-5300

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION<br>　　Plaintiff,<br>v.<br>　　DENISE SUBRAMANIAM<br>pro per<br>　　Defendant | Civil Case No. 3:14-cv-01836<br><br>MOTION TO DISQUALIFY<br>JUDGE MOSMAN |

### MOTION TO DISQUALIFY JUDGE MOSMAN FROM PRESIDING IN THIS CASE

Here comes Defendant, Denise Subramaniam, self represented, and hereby moves this Honorable Court to disqualify Judge Michael Mosman from presiding over this case.

Defendant and the other Beal victims have named Judge Mosman and three other federal judges and four state judges as co-conspirators in a formal criminal complaint filed with the FBI. A copy of this complaint has been mailed to James B. Comey, Director of the FBI; and has been, or is being, hand delivered to local FBI field offices in more than a dozen states where the Beal victims live. Our complaint is for prohibited RICO activities and for conspiracy to deprive us of our civil rights under color of law.

This constitutes a clear conflict of interest.

**THEREFORE** Defendant prays this court will disqualify Judge Mosman from hearing

_____
Denise Subramaniam, Pro per