

**Gabrielle D. Richards**
gabby@cascadialawyers.com

*Licensed in Oregon and Washington*

111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
B: 503-444-3449
F: 503-296-5834

Hon. Robert J. Bryan
**United States Courthouse**
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

*VIA CM/ECF*

October 30, 2017

Re:   *LNV Corporation v. Subramaniam*,
         U.S. District Court for the District of Oregon, Case No. 3:14-cv-01836-RJB

To the Court:

I am one of the attorneys representing plaintiff LNV Corporation ("LNV") in the above-referenced case, which was recently re-assigned to Judge Bryan from the U.S. District Court for the District of Oregon.  (Dkt. 136.)  Prior to the case being re-assigned to Judge Bryan, defendant Denise Subramaniam ("Defendant") filed a Rule 60 motion for relief from judgment.  (Dkt. 134.)  I write to the Court regarding this motion and provide the following brief background:

1.   This is a judicial foreclosure case.  The Complaint was filed in November 2014.

2.   The District of Oregon granted LNV's motion for summary judgment on October 16, 2015 and entered judgment on November 4, 2015.  (Dkt. 111, 116).

3.   Defendant filed suit against an LNV executive and Perkins Coie LLP, LNV's counsel in the current case, on October 23, 2015.  (*See* District of Oregon Case No. 3:15-cv-02002-MO.)  In that case, the Court issued a pre-filing review order on November 4, 2015 that applies to any case in which Defendant is or may become a litigant.  (Dkt. 8.)  The review order states that: "All filings by Denise Subramaniam, individually or alleged in connection with any other party, SHALL BY REVIEWED BY THIS COURT AND ORDERED FILED ONLY IF SUCH FILINGS ARE DEEMED NOT FRIVOLOUS OR REPETITIVE.  This Pre-Filing

       Review Order shall remain in effect until the Court otherwise directs." The District Court dismissed that case on November 10, 2015. (Dkt. 17.)

4. Defendant appealed the current case to the U.S. Court of Appeals for the Ninth Circuit, Case No. 15-35963. The Ninth Circuit affirmed on October 6, 2017.

5. Defendant filed a Rule 60 motion in the current case on October 19, 2017, more than two years after the District of Oregon granted summary judgment in favor of LNV on its foreclosure complaint. (Dkt. 134.)

**The deadline for LNV's response to the Rule 60 motion is Thursday, November 2, 2017. In light of the pre-filing review order currently in place, LNV seeks guidance as to whether it should prepare and file a response to the Rule 60 motion or wait until the Court reviews the Rule 60 motion and determines if a response is needed. The Court's guidance is appreciated.**

Sincerely,

Gabrielle D. Richards